# FEDERAL MEDICAL CENTER
## DEVENS, MASSACHUSETTS

## NEPHROLOGY CONSULTATION
### MONTHLY NOTE

**DANIEL SALINAS**
**ID: 89125-079**
**FEBRUARY 20, 2002**

Mr. Salinas comes for a revisit. He has a history of nephrotic syndrome since 1996 with hypertension, positive antilupus anticoagulant, DVT 's in the past, coronary artery disease, status post MI, GERD, peripheral vascular disease with a problem with a leg ulcer, hyperlipidemia, he is positive anticardiolipin antibody anemia also and secondary hyperparathyroidism. He recently had a left arm AV fistula that is now thrombosed.

**MEDICATIONS:** His medications currently are warfarin 4-mg/day, Benadryl 25-mg 3X/day prn, doxercalciferol 2.5-mcg 3X/week, calcium carbonate 2/day on an empty stomach, Mupirocin ointment 2% to his dressing changes, Dialavite 1/day, ferrous gluconate 3X/day, nitrogycerin 0.4-mg, PhosLo 2 with meals, Clonidine 0.2-mg 3X/day, nifedipine XL 60-mg/day, furosemide 40-mg twice a day and lansoprazole 30-mg/day.

**PHYSICAL EXAM:** His blood pressure is 156/78. His heart sounds are S1, S2 and his lungs are clear. He had some edema in the left greater than the right.

**LABORATORY DATA:** His blood work is not available at this time. We will be tracking it down.

V.J. Rajendra, MD
Medical Officer
FMC Devens
4/15/02

**SENSITIVE-LIMITED OFFICIAL USE**

Exhibit 2

c.  The inmate must sign a statement indicating the desire to donate an organ to a specified relative.  The consent must state that the inmate understands the possible dangers of the operation, that the inmate agrees to this of his/her own free will, and that the Government will not be held responsible for any complications or financial responsibilities.

d.  When an inmate is appropriately designated as community custody, that inmate may request consideration for a medical furlough, in accordance with furlough policy procedures.

e.  The Bureau shall assist in the necessary preliminary medical evaluation to the extent reasonable within its resources.

f.  The local institution shall coordinate procedures such as transportation, custody, classification, compatibility determinations, evaluation, hospitalization, furlough status, etc.

g.  Inmates are not authorized to donate blood or blood products.

**Section 21.  Organ Transplantation**

The Bureau will consider organ transplantation as a treatment option for inmates in accordance with the following procedures:

a.  When the Clinical Director at an institution determines it is medically necessary to evaluate an inmate's suitability for an organ transplant, he or she will initiate an organ transplant laboratory/specialist consultant work-up at the institution.

- Once a specialist determines that an inmate may be a potential candidate for organ transplantation, and the Clinical Director recommends that further evaluation is medically appropriate, the inmate will be evaluated at an appropriate facility such as a transplant center in the vicinity of the institution or a Bureau Medical Referral Center.

b.  If an organ transplant center considers an inmate suitable for a transplant, the institution Clinical Director will then refer all pertinent medical/surgical/psychiatric documentation to the Medical Director for consideration.

c.  If the Medical Director determines that organ transplantation is medically indicated, the inmate will be referred to an appropriate transplant center in accordance with

EXHIBIT 2

Bureau policy, transplant center regulations, and state and federal laws.

- Prior to **any** transplant center referral, the Medical Director **must first obtain the concurrence of the Assistant Director, Correctional Programs Division**, to ensure that all security issues or correctional interests regarding referral of the inmate have been satisfied.

d.  The Bureau will pay medical care and hospitalization costs associated with organ donors.

- These expenses are limited to those costs directly related to the transplant procedure itself and does not include follow-up care associated with complications. *

## Section 22.  Physical Therapy

A detailed local manual shall be prepared and include, at least: infection control, scheduling of patients, hours of operation, modalities authorized to be performed, staffing, and safety and sanitation.  Special considerations include:

a.  Ground fault interrupters shall be present for all equipment using electrical current that may come in contact with the patient.

b.  Inmates assigned to physical therapy may not administer any therapy without first receiving documented training in that specific modality.

c.  Vacuum breakers shall be present on all hydrotherapy equipment to prevent back siphoning.

## Section 23.  Sexual Assault

a.  When an inmate complains of being sexually assaulted, medical staff shall fully document the inmate's complaint, subjective/objective findings, and the institution's response to this complaint.

b.  Institution medical staff are not to compromise medical evidence on the inmate.  Inmates who complain of being sexually assaulted are to be transported to a local community facility that is equipped (in accordance with local laws) to evaluate and treat sexual assault victims.

EXHIBIT 2

Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: | SALINAS, Daniel | 89125-079 | J-B | F.M.C. DEVENS |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A- INMATE REQUEST**

I have asked for a renal transplant evaluation.  I know that my medical condition requires transplantation as community standard treatment.  The response I received from Dr. Howard on this issue is not found in the Program Statement I reviewed at our law library.  This statement is 6000.05, Chapter VI, Section 21 on Organ Transplantation.  If this section has been revised or there are a new set of rules, please provide me with that documentation that supports Dr. Howard's reply.  Dr. Howard must answer the question of: Is it medically necessary, given my medical condition, to evaluate me for this transplant?
There is no other requirement at the initial step.  Please give me the opportunity of a transplant evaluation.

                    Sincerely,

7-21-03
_____
DATE

_____
SIGNATURE OF REQUESTER

**Part B- RESPONSE**

RECEIV
JUL 21 20
FMC DEVENS
WARDEN'S OFF

_____
DATE

_____
WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE

CASE NUMBER: 305798-F1

CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____
DATE

_____
RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)
APRIL 1982

USP LVN

EXHIBIT 2

**FEDERAL MEDICAL CENTER DEVENS, MASSACHUSETTS**
**RESPONSE TO REQUEST FOR ADMINISTRATIVE REMEDY #305798-F1**

This is in response to your Request for Administrative Remedy in which you request a renal transplant evaluation.

An investigation of your request revealed the following: Bureau of Prisons Program Statement 6000.05, <u>Health Services Manual,</u> CN-3, Chapter VI, page 21, states "The Bureau will consider organ transplantation as a treatment option for inmates in accordance with the following procedures: When the Clinical Director at an institution determines it is medically necessary to evaluate an inmate's suitability for an organ transplant, he or she will initiate an organ transplant laboratory/specialist consultant work-up at the institution." The Clinical Director has responded to your "Inmate Request to Staff" indicating a need for a donor's name from you for compatibility testing. As of this time, the requested information has not been received from you.

Based on the above information, your Request for Administrative Remedy is denied.

If you are not satisfied with this decision, you may appeal to the Regional Director at Bureau of Prisons, Northeast Region, U.S. Custom House, 7th floor, 2nd and Chestnut Streets, Philadelphia, Pennsylvania, 19106. Your appeal must be received in the Northeast Regional Office within 20 days of the date of this response.

_____                    _8/1/3_____
David L. Winn, Warden                         Date

④     

SALINAS, Daniel
Reg. No. 89125-079
Appeal No. 305798-R1
Page One

## Part B - Response

In your appeal, you state you have not been evaluated at FMC
Devens in order to determine your physical suitability as a
recipient for an organ transplant.  You contend it is medically
necessary for you to have this evaluation and feel the evaluation
should take place before you are requested to identify a
potential donor.  You request a transplant evaluation to
determine your suitability to be transplanted.

A review of your appeal reveals, on September 16, 2003, you were
referred to the kidney transplant work-up team.  This team
includes a Nephrologist, a social worker and a psychologist.  You
have been scheduled to be evaluated first, by the Nephrologist.
Should the Nephrologist determine that you qualify for an organ
transplant, you will be referred to the rest of the team members
for completion of the other indicated evaluations.  Accordingly,
your appeal is partially granted in that a kidney transplant
work-up evaluation has been initiated.

If you are dissatisfied with this response, you may appeal to the
General Counsel, Federal Bureau of Prisons.  Your appeal must be
received in the Administrative Remedy Section, Office of General
Counsel, Federal Bureau of Prisons, 320 First Street, N.W.,
Washington, D.C. 20534, within 30 calendar days of the date of
this response.

Date: September 18, 2003

M.E. RAY
Regional Director

EXHIBIT 5

# FEDERAL MEDICAL CENTER
# DEVENS, MASSACHUSETTS

## NEPHROLOGY CONSULTATION
## MONTHLY NOTE

**DANIEL SALINAS**
**ID 89125-079**
**MAY 15, 2002**

Mr. Salinas comes for a revisit. He has a history of nephrotic syndrome since 1996 with hypertension, positive lupus anticoagulant, DVTs, coronary artery disease status post MI, GERD, peripheral vascular disease with leg ulcers, hyperlipidemia, positive anticarial lipin antibody, anemia and secondary hyperparathyroidism. He thrombosed an AV fistula.

**MEDICATIONS:** Furosemide 40-mg 3 tablets 2x/day, Benadryl prn, PhosLo 2 with meals, Dialavite, nifedipine XL 60-mg 2x/day, lovastatin 40-mg/day, clonidine 0.3-mg 3x/day, warfarin as prescribed, carvedilol 12.5-mg 2x/day, Epogen as prescribed 1000 units 3x/week and doxercalciferol 2.5-micrograms Mondays-Wednesdays-Fridays.

**ON PHYSICAL EXAM:** Blood pressure: 116/90. Heart sounds systolic murmur. Lungs are clear. He has 4+ edema.

His most recent BUN and creatinine is 117.0 and 13.0, potassium 6.0, phosphorus 7.8, calcium 7.4, hematocrit 30.0 and PTH 320.0.

**ASSESSMENT/PLAN:** Overall he is doing fairly well considering how little kidney function he has. Because his repeat potassium is 6.0 he is getting Kayexalate. He needs to be set up for his peritoneal dialysis catheter

CONTINUED...

*1-1-02*

N. Rexroad, MD
Medical Officer
FMC Devens

## SENSITIVE-LIMITED OFFICIAL USE

EXHIBIT 6

BP-S148.055 INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                              FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) **Dr. Zambetti** | DATE: May 1, 2003 |
|---|---|
| FROM: Daniel Salinas | REGISTER NO.: 89125-079 |
| WORK ASSIGNMENT: ~~N/A~~  F S 2 | UNIT: J-B |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

I am requesting your recommendation for a renal transplant evaluation.
If my medical records are reviewed, you'll note my problem with maintaining
an efficient access to be dialized. In addition, I suffer from hypertension
and severe anemia. My health will continue to detoriate. It may get to
the point that I will not be eligible for a renal transplant. Please give
me the opportunity to obtain the gift of continued life; one of renewed
health. Let me take the first step toward achieving that goal. Endorse
me for a renal transplant evaluation, please! Thank you.

*Daniel E Salinas*

(Do not write below this line)

DISPOSITION:

the current program requires you have a donor.
Do you have a donor. If so. send that
information to me.

EXHIBIT 7

| Signature Staff Member | Date |
|---|---|
| S. Howard, MD Clinical Director FMC Devens | 5-22-03 |

**FEDERAL MEDICAL CENTER**
**DEVENS, MASSACHUSETTS**

**NEPHROLOGY CONSULTATION**
**MONTHLY NOTE**

**DANIEL SALINAS**
**JUNE 12, 2002**
**ID:89125-079**

Mr. Salinas comes for a revisit. He has a history of nephritic syndrome, positive anti cardiolipen antibody, positive lupus anticoagulant, hypertensive, D&VT, coronary artery disease, MI, GERD and hyperparathyroidism.

**ASSESSMENT/PLAN:** He has been started on hemodialysis and he is questioning about whether or not he can keep his Perma cath catheter or go on CAPD. I told him that it is not a good idea to keep his Perma cath catheter seeing we do not know how long it will take until he gets transplanted. It would just be a cause for infection. I told him that if PD does not work, he could always go back to hemodialysis. We are hoping PD will work because with his hypercoagulable state, it maybe tough to keep a hemoaccess in him. At this point, we are getting him set up for his PD catheter.

**FRANCIS X. ZAMBETTI, MD**

**SENSITIVE  LIMITED OFFICIAL USE ONLY**

N. Renfricca, MD  1/17/02
Medical Officer
FMC Devens

2    EXHIBIT 8

AUTHORIZED FOR LOCAL REPRODUCTION

| **MEDICAL RECORD** | **CONSULTATION SHEET** |
|---|---|

## REQUEST

| TO: Psychiatry | FROM: *(Requesting physician or activity)* FMC Devens | DATE OF REQUEST 5/15/02 |
|---|---|---|

REASON FOR REQUEST *(Complaints and findings)*

Please evaluate for psychiatric conditions that may affect inmate's candidacy for organ transplantation

PROVISIONAL DIAGNOSIS

CRF, HTN, Lupus anticoagulant syndrome

| DOCTOR'S SIGNATURE | APPROVED | PLACE OF CONSULTATION | |
|---|---|---|---|
| *[signature]* | | ☐ BEDSIDE  ☐ ON CALL | ☒ ROUTINE  ☐ TODAY<br>☐ 72 HOURS  ☐ EMERGENCY |

## CONSULTATION REPORT

| RECORD REVIEWED ☐ YES ☐ NO | PATIENT EXAMINED ☐ YES ☐ NO | TELEMEDICINE ☐ YES ☐ NO |
|---|---|---|

Chart copy

*(Continue on reverse side)*

| SIGNATURE AND TITLE | DATE |
|---|---|

| HOSPITAL OR MEDICAL FACILITY | RECORDS MAINTAINED AT | DEPARTMENT/SERVICE OF PATIENT |
|---|---|---|

| RELATION TO SPONSOR | SPONSOR'S NAME *(Last, first, middle)* | SPONSOR'S ID NUMBER *(SSN or Other)* |
|---|---|---|

| PATIENT'S IDENTIFICATION *(For typed or written entries, give: Name – last, first, middle; ID no. (SSN or other); Sex; Date of Birth; Rank/Grade)* | REGISTER NO. | WARD NO. |
|---|---|---|

89125-079
SALINAS, DANIEL
12-23-1947
RENAL
FMC DEVENS

**CONSULTATION SHEET**
Medical Record

**STANDARD FORM 513** (REV. 4-98)
Prescribed by GSA/ICMR FPMR (41 CFR) 101-11.203(b)(10)



  (9)   EXHIBIT 9

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

## REQUEST

| TO: Social Worker | FROM: (Requesting physician or activity) FMC Devens | DATE OF REQUEST 5/15/02 |
|---|---|---|

REASON FOR REQUEST (Complaints and findings)

→ Needs evaluation as part of pre-transplant work-up

PROVISIONAL DIAGNOSIS

CRF, HTN, Lupas anticoagulant syndrome

| DOCTOR'S SIGNATURE Connie Godjikian Nurse Practitioner *Connie Godj — NP* | APPROVED | PLACE OF CONSULTATION ☐ BEDSIDE ☐ ON CALL | ☒ ROUTINE ☐ 72 HOURS | ☐ TODAY ☐ EMERGENCY |
|---|---|---|---|---|

## CONSULTATION REPORT

| RECORD REVIEWED ☐ YES ☐ NO | PATIENT EXAMINED ☐ YES ☐ NO | TELEMEDICINE ☐ YES ☐ NO |
|---|---|---|

I will put him on a call-out to conduct a
psychosocial transplant eval.

See on 6/7/02 for eval.

(Continue on reverse side)

| SIGNATURE AND TITLE | E. Kleinschmidt, LICSW Social Worker FMC Devens | DATE 5/28/02 |
|---|---|---|

| HOSPITAL OR MEDICAL FACILITY | RECORDS MAINTAINED AT | DEPARTMENT/SERVICE OF PATIENT |
|---|---|---|

| RELATION TO SPONSOR | SPONSOR'S NAME (Last, first, middle) | SPONSOR'S ID NUMBER (SSN or Other) |
|---|---|---|

| PATIENT'S IDENTIFICATION (For typed or written entries, give: Name - last, first, middle; ID no. (SSN or other); Sex; Date of birth; Rank/Grade) | REGISTER NO. | WARD NO. |
|---|---|---|

89125-079
SALINAS, DANIEL
02-23-1947
RENAL
FMC DEVENS

**CONSULTATION SHEET**
Medical Record

**STANDARD FORM 513** (REV. 4-98)
Prescribed by GSA/ICMR FPMR (41 CFR) 101-11.203(b)(10)

EXHIBIT 9

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

## REQUEST

| TO: Nephrologist | FROM: (Requesting physician or activity) FMC Devens | DATE OF REQUEST 5/15/02 |
|---|---|---|

REASON FOR REQUEST (Complaints and findings)

→ Please medically evaluate for pre-transplant work-up

PROVISIONAL DIAGNOSIS

CRF  HTN, Lupus anticoagulant syndrome

| DOCTOR'S SIGNATURE | APPROVED | PLACE OF CONSULTATION | | |
|---|---|---|---|---|
| *(signature)* | | ☐ BEDSIDE  ☐ ON CALL | ☒ ROUTINE  ☐ 72 HOURS | ☐ TODAY  ☐ EMERGENCY |

## CONSULTATION REPORT

| RECORD REVIEWED | ☐ YES ☐ NO | PATIENT EXAMINED ☐ YES ☐ NO | TELEMEDICINE ☐ YES ☐ NO |
|---|---|---|---|

Chart copy

*(Continue on reverse side)*

| SIGNATURE AND TITLE | | DATE |
|---|---|---|
| HOSPITAL OR MEDICAL FACILITY | RECORDS MAINTAINED AT | DEPARTMENT/SERVICE OF PATIENT |
| RELATION TO SPONSOR | SPONSOR'S NAME (Last, first, middle) | SPONSOR'S ID NUMBER (SSN or Other) |

| PATIENT'S IDENTIFICATION (For typed or written entries, give: Name – last, first, middle; ID no. (SSN or other); Sex; Date of Birth; Rank/Grade) | REGISTER NO. | WARD NO. |
|---|---|---|

89125-079
SALINAS, DANIEL
12-21-1947
RENAL
FMC DEVENS

(s)

EXHIBIT 9

**CONSULTATION SHEET**
Medical Record

**STANDARD FORM 513** (REV. 4-98)
Prescribed by GSA/ICMR FPMR (41 CFR) 101-11.203(b)(10)

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

### REQUEST

| TO: Vascular Surgery | FROM: (Requesting physician or activity) FMC Devens | DATE OF REQUEST 9/19/02 |
|---|---|---|

REASON FOR REQUEST (Complaints and findings)

Has been unable to do peritoneal dialysis.
Needs permanent vascular access to continue
on hemodialysis. Previous fistula ⓁF wrist clotted
Permacath since 5/20/02

PROVISIONAL DIAGNOSIS

CRF, dialysis, HTN, lupus anticoagulant syndrome.

| DOCTOR'S SIGNATURE | APPROVED | PLACE OF CONSULTATION | | |
|---|---|---|---|---|
| | | ☐ BEDSIDE  ☐ ON CALL | ☒ ROUTINE  ☐ 72 HOURS | ☐ TODAY  ☐ EMERGENCY |

### CONSULTATION REPORT

| RECORD REVIEWED ☐ YES ☐ NO | PATIENT EXAMINED ☐ YES ☐ NO | TELEMEDICINE ☐ YES ☐ NO |
|---|---|---|

Chart copy

*(Continue on reverse side)*

| SIGNATURE AND TITLE | | DATE |
|---|---|---|
| HOSPITAL OR MEDICAL FACILITY | RECORDS MAINTAINED AT | DEPARTMENT/SERVICE OF PATIENT |
| RELATION TO SPONSOR | SPONSOR'S NAME (Last, first, middle) | SPONSOR'S ID NUMBER (SSN or Other) |
| PATIENT'S IDENTIFICATION (For typed or written entries, give: Name – last, first, middle; ID no. (SSN or other); Sex; Date of Birth; Rank/Grade) | REGISTER NO. | WARD NO. |

89125-079
SALINAS, DANIEL
12-21-1947
RENAL
FMC DEVENS

EXHIBIT 10

**CONSULTATION SHEET**
Medical Record

**STANDARD FORM 513** (REV. 4-98)
Prescribed by GSA/ICMR FPMR (41 CFR) 101-11.203(b)(10)

10



## UMass Memorial Medical Cent

Patient Name:   MMSALINAS, DANIEL            MR #:        000924145
Admit Date:     05/21/2002                   ACCT#:       00010408016
Discharge Date: 05/22/2002                   Location:    6WST 632 W

## DISCHARGE SUMMARY

**CHIEF COMPLAINT AND HISTORY OF PRESENT ILLNESS:** These are per admitting medical intern.

**CHIEF COMPLAINT:** Shortness of breath.

**HISTORY OF PRESENT ILLNESS:** This 54-year-old man with a history of renal failure, hypertension, MI, peptic ulcer disease, GERD and anemia as well as hypercoagulable state admitted to Leominster Hospital with a K of 6.0, increased shortness of breath and elevated blood pressure. The patient appeared to rule in for MI by troponin (1.82). The patient was found to be congestive heart failure and was treated with diuretics and eventually was started on dialysis with placement of a dialysis catheter on 5/21 and a 3 kg dialysis fluid removal that day. He was transferred here for cardiac catheterization on 5/21/02. He has been on Coumadin since 1996 when he had a DVT- of his left lower extremity.

**PAST MEDICAL HISTORY:**
1. Lupus anticoagulant/APLAS.
2. Peptic ulcer disease.
3. Nephrotic syndrome.
4. Left lower extremity deep vein thrombosis in 1996.
5. Acute renal failure/chronic renal failure.
6. Hypertension.
7. Myocardial infarction.
8. Gastroesophageal reflux disease.
9. Anemia.

**FAMILY HISTORY:** His father died from prostate CA. There is no history of PE or DVTs.

**SOCIAL HISTORY:** No tobacco times 34 years, no alcohol use and prior to incarceration the patient had utilized cocaine. There are no known drug allergies.

**MEDICATIONS ON ADMISSION:** Epogen 10,000 units on Monday, Wednesday and Friday; Clonidine 0.3 mg p.o. t.i.d.; Procardia XL 90 mg p.o. q.d.; lovastatin 40 mg p.o. q.d.; Colace 100 mg p.o. b.i.d.; Coreg 50 mg p.o. b.i.d.; Protonix 20 mg p.o. q.d.; Zaroxolyn 10 mg p.o. b.i.d.; Lasix 200 mg p.o. q.d.; PhosLo 665 mg p.o. t.i.d. with meals; Hectorol 2.5 mcg p.o. Monday, Wednesday and Friday; Coumadin 6 mg p.o. q.d. currently being held as the patient is transferred on a heparin drip at 1400 units per hour.

**PHYSICAL EXAMINATION:** On physical examination temperature 37.6.

Page 1 of 4
COPY FOR:
**PHYSICIAN REFERRAL SERVICES**

EXHIBIT 11

Dr. Sandra Howard
Clinical Director

## UMass Memorial Medical Center

| | | | |
|---|---|---|---|
| **Patient Name:** | MMSALINAS, DANIEL | **MR #:** | 000924145 |
| **Admit Date:** | 05/21/2002 | **ACCT#:** | 00010408016 |
| **Discharge Date:** | 05/22/2002 | **Location:** | 6WST 632 W |

General: No acute distress, lying in bed. Vitals: Temperature 37.6 degrees Celsius, heart rate 71, blood pressure 160/90, respiratory rate 20; pulse ox 95% on room air. Skin is dry and intact. HEENT: Normocephalic atraumatic, EOMI, no JVD, no CLA. Carotids are 2+ without bruits. Mucous membranes are moist. Neck is supple without thyromegaly. Chest is clear to auscultation bilaterally, no wheezes, crackles or rubs. Cor: S1, S2 normal, regular rate and rhythm without murmurs, rubs or gallops. There is a 2/6 SME heard at the left sternal border. Abdomen is soft, nontender, nondistended. GU: Foley in place. Extremities: No clubbing, cyanosis or edema. Neural: Grossly intact, cranial nerves 2 through 12 intact. Reflexes are 2/4 bilaterally.

LABORATORY DATA: On admission white count is 6.8, hematocrit is 30.8, platelets 209. SMA-7 shows a sodium of 138, potassium 3.6, chloride 97, bicarb 23, BUN 108, creatinine 4.7, glucose 173, calcium 8.2, phosphorus 7.9, magnesium 1.8.

EKG showed normal sinus rhythm with a prolonged QTC at 530 milliseconds. Deep T wave inversions in V2 through V4 which are new from previous EKGs.

HOSPITAL COURSE: The patient was admitted to the cardiology service for evaluation of new onset CHF and EK changes in the setting of an elevated troponin. Cardiac catheterization done on 5/22 revealed left main normal, LAD normal with small diagonals, left circumflex with mild luminal irregularities and a large RCA with minimal distal vessel disease. This was deemed to be noncritical coronary artery disease. LV gram showed anterolateral hypokinesis, anterior and posterior akinesis, inferior HK with inferior apical aneurysm and LV EF of about 45-40%. The patient has moderately impaired LV function and recommendation with ACE inhibitor in addition to current meds.

Renal was consulted given the patient having started dialysis the day before. The patient underwent a three hour dialysis with removal of 1-2 liters and transfusion of one unit of blood. The patient's medications were changed. His diuretics was Zaroxolyn and Lasix were stopped as well as the nitropaste that had been added earlier in the day. The patient was also started on Tums, PhosLo was stopped. He has been continued on heparin drip and Zestril 10 mg p.o. q.d. has been added.

In discussion with the renal team that has followed this patient at Leominster and Fort Devens, the patient will be transferred to Leominster Hospital where he is to receive a peritoneal dialysis catheter later this week.

There are no test pending at time of discharge.

FINAL DIAGNOSES:
1. Cardiomyopathy/ congestive heart failure.
2. End-stage renal disease/hemodialysis dependent.

*EXHIBIT 11*

06/04/2002 09:35 FAX 5088565400        UMASS-FMCDevens          → Devens
JUN. 5. 2002  9:27AM    U'  ˆ REFERRAL SERV /HEALTH CALL              NO. 3812    P. 4/5



## UMass Memorial Medical Center

| | | | |
|---|---|---|---|
| Patient Name: | MMSALINAS, DANIEL | MR #: | 000924145 |
| Admit Date: | 05/21/2002 | ACCT#: | 00010408016 |
| Discharge Date: | 05/22/2002 | Location: | 6WST 632 W |

3. APLAS (status post left lower extremity deep vein thrombosis in 1996.)
4. Hypertension.
5. Gastroesophageal reflux disease.

CONDITION ON DISCHARGE: Good.

DISCHARGE DIET: Renal diet, low salt, low fat, low cholesterol.

ACTIVITY: As directed by his physicians at Leominster Hospital.

DISCHARGE MEDICATIONS:
1. Zestril 10 mg p.o. q.d.
2. Tums 3 tabs p.o. with meals t.i.d.
3. Epogen 10,000 units q. weekly.
4. clonidine 0.3 mg p.o. t.i.d.
5. Procardia XL 90 mg p.o. q.d.
6. Lovastatin 40 mg p.o. q.d.
7. Colace 100 mg p.o. b.i.d.
8. Protonix 40 mg p.o. q.d.
9. Hectorol 2.5 mcg p.o. on Monday, Wednesday and Friday.
10. Coreg 75 mg p.o. b.i.d.
11. Heparin drip currently at 1250 units / hour, titrate for a goal PTT of 60 to 80.

FOLLOW UP: His follow up will be with his doctors at Leominster Hospital.

PROGNOSIS: Good.

COPY FOR:
PHYSICIAN REFERRAL SERVICES

VI    EXHIBIT 11



**DATE:** ___ **TIME:** 1250

**BP** 160/90 **T** 36³ **P** 74 **R** 20

**HT** 5'8" **WT** 214

**CHIEF COMPLAINT:** "Kidney problems"

ABP

**ASSESSMENT:** 53 y/o BK male ambulatory to clinic in NAD. Alert and oriented. c/o pain (L) medial ankle "ulcer" present × since 8/01.

**ALLERGIES:** Tetracycline

**CURRENT MEDICATIONS:**
Adalat
Clonidine
Metoprolol
Aspirin
Lansoprazole
Pravastatin
Ferrous gluconate (oral?)
Senna
Nephrocaps

**NURSING ASSESSMENT**

**HISTORY / PHYSICAL:** 53 y/o LAM c̄ 1/0 HTN, CRI, 11× of DVT, 11× of hypns, anticoagulant, NQWMI, chronic leg ulcer, PUD presents for follow up. reports that the ulcer is not healing. 4× ROK3/ in no distress. ROS ⊕ for ⊕ cp, LE swelling ⊕

Nephrotic syndrome
cvs. nml   BP 156/86
lngs - clr A
⊕ LE 2+ pitting edema ⊕   (L) anterior ulcer

**DIAGNOSTIC / TREATMENT ORDERS:** 10/60, lipid panel, UA
10/23. UA - protein 300mg/dL
Blood 10/uL.

alk phos - 49
ALT - 33
AST - 39

10/23
144 | 116 | 86
5·2 | 16 | 6·54
albumin - 3·7
7:

**PHYSICIAN**

**RESULTS OF PROCEDURES / TESTS:**
Liver gram left - Nodal HTN
US kidneys - 5/9/2000.
Echogenic kidneys (R) kidney 10.8 cm
(L) kidney 10.8 cm

7/12/01        5/24
ANA-          Calcium-9.0
Neg
DS DNA-       PTH - 133.0
Neg

Stea c.
484

**DIAGNOSIS / IMPRESSION:** Nephrotic syndrome / CRT
Plan: Needs vascular access - AV fistula - consult vascular surgery
To follow with vascular / Derm for LE ulcer
continue meds. add Lasix

**PHYSICIAN SIGNATURE:** Arun Balakumaran

IF PT ID CARD OR LABEL IS UNAVAILABLE, WRITE DATE, PT NAME AND UM# IN SPACE BELOW

20005039411        468690Q        6863

SALINAS , DANIEL
FEDERAL CORRECTIONAL
FEDERAL PRISONERS        12/21/1947 SM        UFC

**OUTPATIENT RECORD**
A. Guzman, MD  TDCJ HOSPITAL
Staff Physician
FMC Devens
Medical Record Form 7067-Rev. 4/97
The University of Texas Medical Branch Hospitals
Galveston, Texas

Original-Medical Record
Copy-TDCJ Medical

EXHIBIT 12

01/25/2002  09:53    9784662871                    MED RECORDS                            PAGE  04

89125-079

**Name:** Fmcdsalinas, Daniel
**DOB:**                                    **LOC:**
**MR#:**          00502797
**Encounter#:**
**Admit Date:**

# HealthAlliance

HealthAlliance Hospitals Inc.

**Leominster Campus**

## HISTORY AND PHYSICAL

**DICTATING PROVIDER:**    Stephen J. Hoenig, MD

**DATE OF ADMISSION:**  12/12/2001

**HISTORY OF PRESENT ILLNESS:**  This 53-year-old gentleman has chronic renal insufficiency related to hypertension with most creatinine of 7.9.  He now needs hemodialysis access and goes to the operating room for left wrist radiocephalic fistula.

**PAST MEDICAL HISTORY:**
1. Coronary artery disease status post myocardial infarction in April of 2001.  At that time he had chest pain which was responsive to nitrates. He has not had to take any nitroglycerin since this past summer despite exercise.
2. Chronic venous insufficiency in his legs and an ulcer in his left leg which is managed with compression stockings.

**MEDICATIONS:**
1. Clonidine 0.2 mg t.i.d.
2. Gluconate 324 mg p.o. t.i.d.
3. Lovastatin 40 mg q.h.s.
4. Nifedipine XL 120 mg p.o. q.d.
5. PhosLo two t.i.d.
6. Nitroglycerin p.r.n.
7. Lasix 80 mg b.i.d.
8. Daylovite q.d.
9. Prevacid 30 mg p.o. q.d.

**PHYSICAL EXAMINATION:**

He has large wrist cephalic veins on exam and by duplex ultrasound.  He has easily palpable radial pulses bilaterally.

**ASSESSMENT:**  Mr. Salinas has chronic renal insufficiency and needs hemodialysis access. He will go to the operating room for placement of a left wrist radiocephalic fistula.

_____
Stephen J. Hoenig, MD
DICTATING PROVIDER

mrc/SJH
**DD:** 12/12/2001  4:11 PM    **DT:** 12/13/2001  8:20 AM    **DF:** 12/17/01 2:52 PM
**Job#:** 013343  **Doc#:** 222044
**cc:**    Stephen J. Hoenig, MD



FAXED

JAN 2 5 2002

ORIGINAL

Page 1 of 1

V. Ralendra, MD
Medical Officer
FMC Devens

13            EXHIBIT 13

# HealthAlliance

HealthAlliance Hospitals Inc.

## Leominster Campus

| | |
|---|---|
| **Name:** | Fmcdsalinas, Daniel |
| **DOB:** | 12/21/1947 |
| **MR#:** | 00502797 |
| **Encounter#:** | 005005504641 |
| **Admit Date:** | 12/17/2001 |

LOC:

SDC

## OPERATIVE REPORT

**DICTATING PROVIDER:** Stephen J. Hoenig, MD

**DATE OF OPERATION:** 12/17/2001

**PREOPERATIVE DIAGNOSIS:** CHRONIC RENAL FAILURE.

**POSTOPERATIVE DIAGNOSIS:** CHRONIC RENAL FAILURE.

**OPERATION:** LEFT WRIST RADIOCEPHALIC AV FISTULA.

**SURGEON:** STEPHEN J. HOENIG, MD

**ANESTHESIA:** LOCAL WITH SEDATION.

**INDICATIONS:** This 53-year-old gentleman has progressive renal insufficiency. He has large cephalic veins in his arms and will go to the operating room for left wrist AV fistula.

**PROCEDURE:** The patient was brought to the operating room where his left arm was prepped and draped in sterile fashion. Approximately 7 cc of 1% lidocaine was injected into the left wrist. A vertical incision was made over the wrist between the cephalic vein and radial artery. The cephalic vein was then dissected out and all tributaries ligated using 4-0 silk ties. The radial artery was then also dissected out. 5,000 units of heparin were given. The cephalic vein was tied off distally using a 3-0 silk tie and the cephalic vein insufflated with heparinized saline solution. The radial artery was controlled and a longitudinal incision made. An end-to-side anastomosis was then created to the cephalic vein using a 6-0 Prolene suture. Prior to completion of the anastomosis all limbs were backbled and flow then restored into the cephalic vein. There was an excellent thrill over the course of the cephalic vein and Dopplable signal appeared. There was also an excellent Dopplable signal in the radial artery both with the fistula open and closed. Pressure was held for hemostasis. The wound was closed with a running subcuticular 4-0 Vicryl suture. Tegaderm was placed over the wound for dressing. The patient tolerated the procedure well. He was brought to the recovery room in stable condition.

Stephen J. Hoenig, MD
DICTATING PROVIDER

mrc/SJH
**DD:** 12/17/2001 10:23 PM **DT:** 12/18/2001 10:39 AM **DF:** 12/18/01 10:47 AM
**Job#:** 013762 **Doc#:** 223146
**cc:** Stephen J. Hoenig, MD
Pcp Unknown

FAXED
JAN 25 2002

ORIGINAL

Page 1 of 1

14 EXHIBIT 14

06/05/2002  13:59    9784662831                        MED RECORDS                                    PAGE  02

89125-079

# HealthAlliance

HealthAlliance Hospitals Inc.

**Leominster Campus**

| | | |
|---|---|---|
| **Name:** | Fmcdsalinas, Daniel | |
| **DOB:** | 12/21/1947 | **LOC: MSU M029-A** |
| **MR#:** | 00502797 | |
| **Encounter#:** | 005006260300 | |
| **Admit Date:** | 05/22/2002 | **Disch Date:** 05/28/2002 |

## DISCHARGE SUMMARY

**DICTATING PROVIDER:**    Shipen Li, MD

DISCHARGE DIAGNOSIS:
1.   End stage renal disease initiated on hemodialysis.
2.   Hypercoagulable state with positive lupus anticoagulant and anticardiolipin antibodies.
3.   Hypertension.
4.   Hyperkalemia.
5.   Congestive heart failure.
6.   Clean coronaries, right cardiac catheterization.
7.   Anemia secondary to renal failure.

CONSULTANTS:  Dr. Shelton from surgery.

COMPLICATIONS:  None.

DISPOSITION:  Transfer back to the FMCD to continue hemodialysis.

HOSPITAL COURSE:  The patient was transferred back from U-Mass Medical Center after a cardiac catheterization which did not show any significant coronary artery disease though there is decreased ejection fraction and LVH.  He was continued on IV Heparin in anticipation for a CAPD catheter placement given that his wishes were for CAPD, however on the day of surgery his PTT was quite elevated and the surgery was cancelled.  It was not rescheduled due to the long weekend and he was restarted back on Coumadin with the plan of the CAPD catheter placement in the future.  Prior to discharge he received two units of packed red blood cells because of anemia, without any obvious site of bleeding and he did have a transfusion sensitivity reaction with regards to developing some hives that were treated with Benadryl without any sequela.  At discharge the patient felt well with a good appetite.

DISCHARGE MEDICATIONS:  Zestril 10 mg q d, TUMS three times a day, Epogen 10,000 units three times a week, Clonidine .3 mg tid, Procardia 90 mg q d, Lovastatin 40 mg q d, Colace tid, Protonix 40 mg q d, Hectroal 2.5 mcg Monday, Wednesday and Friday, Coreg 7.5 mg bid and Coumadin 6 mg a day.

_____
Shipen Li, MD
DICTATING PROVIDER

mrc/SL
DD: 05/30/2002   3:16 PM    DT: 06/03/2002  1:49 PM    DP: 06/03/02 7:17 PM
Job#: 040191  Doc#: 262918
cc:    Shipen Li, MD
       Robert Shelton, MD, FACS
       Pcp Unknown
       Francis Zambetti, MD
FMCD in Ayre, Mass

IS EXHIBIT 15

**Copy for: Pcp Unknown**

Dr. Sandra Howard    Page 1 of 1
Clinical Director
Reviewed/ Date _____

*89125079*

# HealthAlliance

HealthAlliance Hospitals Inc.

**Leominster Campus**

| | |
|---|---|
| Name: | Fmcdsalinas, Daniel |
| DOB: | 12/21/1947    LOC: MSU M007-A |
| MR#: | 00502797 |
| Encounter#: | 005006367659 |
| Admit Date: | 06/14/2002 |

## OPERATIVE REPORT

**DICTATING PROVIDER:**    Robert Shelton, MD,FACS

**DATE OF OPERATION:**    06/18/2002

**PREOPERATIVE DIAGNOSIS:**    END-STAGE RENAL DISEASE.

**POSTOPERATIVE DIAGNOSIS:**    END-STAGE RENAL DISEASE.

**OPERATION:**    PERITONEAL DIALYSIS CATHETER PLACEMENT.

**SURGEON:**    ROBERT SHELTON, MD,FACS

**ANESTHESIA:**    GENERAL ENDOTRACHEAL ANESTHESIA.

**ESTIMATED BLOOD LOSS:** 10 CC
**DRAINS:**    NONE.

**INDICATIONS:**  This 54-year-old male with end-stage renal disease and an antiphospholipid syndrome manifested as hypercoagulability has clotted his hemodialysis graft.  He has opted for peritoneal dialysis.

**FINDINGS:**  Normal peritoneal cavity.

**PROCEDURE:**  The patient was placed supine on the operating table and general endotracheal anesthesia was induced.  Sequential compression stockings were applied. The abdomen was prepped and draped sterilely.  A small midline incision was created from the umbilicus caudad through skin sharply and then subcutaneous fat and midline fascia were scored with electrocautery.  The incision was made slightly eccentric to the right, opening the compartment of the right rectus abdominis muscle.  The anterior surface of the posterior rectus fascia was exposed, and then the posterior rectus fascia was scored, a pursestring suture of 0 Prolene was placed far down on the anterior surface of the posterior rectus fascia and then a pigtail peritoneal dialysis catheter was withdrawn through this opening and placed in the pelvis using a stylet. The pursestring suture was tied.  The catheter was then withdrawn through a tunnel created through the muscle, anterior rectus fascia, and skin exiting cephalad to the umbilicus to the right.  The posterior surface of the anterior rectus fascia was exposed and the pursestring suture of 2-0 Prolene was placed around the catheter exit site.  This was tied.  The catheter was confirmed to flush easily, and then the incision was closed using a running simple #1 Prolene closing all layers including peritoneum, posterior rectus fascia, and anterior rectus fascia.  Subcutaneous fat was irrigated and inspected for hemostasis.  The skin edges were approximated with staples. The catheter was secured to the skin at the exit site with a single 3-0 nylon.  A 1500 cc bag of dialysate was infused rapidly, and returned rapidly.  The patient was awakened, extubated in the operating room, and taken to the recovery room in stable condition.  All sponge, instrument, and needle counts were correct at the completion of the procedure.

Copy for: Pcp Unknown

16  EXHIBIT 16

S. Howard MD

AUTHORIZED FOR LOCAL REPRODUCTION

CONSULTATION SHEET

| MEDICAL RECORD | REQUEST | | |
|---|---|---|---|
| | FROM: (Requesting physician or activity) | | DATE OF REQUEST |
| TO: Surgery outside | Clearance per Dr Shelton | | 7/10/02 |

REASON FOR REQUEST (Complaints and findings)

54 yo ♂ s/p PD Cath Placement Probable omental wrapping. seen by

Dr. Shelton 7/10/02. Laproscopic revision - Admit for anticoagulation

(coumadin → Heparin) pre-op. Ion wants to wait until August

PROVISIONAL DIAGNOSIS

Probable omental wrapping                    To be scheduled by Hospital

DOCTOR'S SIGNATURE    APPROVED

| PLACE OF CONSULTATION | | ☒ ROUTINE | ☐ TODAY |
|---|---|---|---|
| ☐ BEDSIDE | ☐ ON CALL | ☐ 72 HOURS | ☐ EMERGENCY |

CONSULTATION REPORT

PATIENT EXAMINED   ☐ YES  ☐ NO          TELEMEDICINE  ☐ YES  ☐ NO

RECORD REVIEWED   ☐ YES  ☐ NO

done 9/12/02 Leonard.

Dr. Sandra Howard
Clinical Director

Reviewed/ Date _____

| (Continue on reverse side) | | DATE |
|---|---|---|
| SIGNATURE AND TITLE | | |

| HOSPITAL OR MEDICAL FACILITY | RECORDS MAINTAINED AT | DEPARTMENT/SERVICE OF PATIENT |
|---|---|---|
| | SPONSOR'S NAME (Last, first, middle) | SPONSOR'S ID NUMBER (SSN or Other) |
| RELATION TO SPONSOR | | |
| PATIENT'S IDENTIFICATION (For typed or written entries, give: Name - last, first, middle; ID no. SSN or other); Sex; Date of Birth; Rank/Grade) | REGISTER NO. | WARD NO. |

89125-079
SALINAS, DANIEL
12-21-1947
J
FMC DEVENS

EXHiBiT 17

CONSULTATION SHEET
Medical Record

STANDARD FORM 513 (REV. 4-98)
Prescribed by GSA/ICMR FPMR (41 CFR) 101-11.203(b)(10)

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

## REQUEST

| TO: | FROM: *(Requesting physician or activity)* | DATE OF REQUEST |
|---|---|---|
| Surgery - outside | Internal per Dr Shelton | 7/10/02 |

**REASON FOR REQUEST** *(Complaints and findings)*

54 yo ♂ s/p PD Cath Placement Probable omental wrapping. See by Dr. Shelton 7/10/02. Laproscopic revision. Admit for anticoagulation (coumadin → Heparin) pre-op. Inmate wants to wait until August.

**PROVISIONAL DIAGNOSIS**

Probable omental wrapping                        To be scheduled by Hospital

| DOCTOR'S SIGNATURE | APPROVED | PLACE OF CONSULTATION | | |
|---|---|---|---|---|
| | | ☐ BEDSIDE   ☐ ON CALL | ☒ ROUTINE  ☐ 72 HOURS | ☐ TODAY  ☐ EMERGENCY |

## CONSULTATION REPORT

| RECORD REVIEWED ☐ YES ☐ NO | PATIENT EXAMINED ☐ YES ☐ NO | TELEMEDICINE ☐ YES ☐ NO |
|---|---|---|

*(Continue on reverse side)*

| SIGNATURE AND TITLE | DATE |
|---|---|
| | |

| HOSPITAL OR MEDICAL FACILITY | RECORDS MAINTAINED AT | DEPARTMENT/SERVICE OF PATIENT |
|---|---|---|

| RELATION TO SPONSOR | SPONSOR'S NAME *(Last, first, middle)* | SPONSOR'S ID NUMBER *(SSN or Other)* |
|---|---|---|

| PATIENT'S IDENTIFICATION *(For typed or written entries, give: Name – last, first, middle; ID no. (SSN or other); Sex; Date of Birth; Rank/Grade)* | REGISTER NO. | WARD NO. |
|---|---|---|

89125-079
SALINAS, DANIEL
12-21-1947
J
FMC DEVENS

**CONSULTATION SHEET**
Medical Record

**STANDARD FORM 513** (REV. 4-98)
Prescribed by GSA/ICMR FPMR (41 CFR) 101-11.203(b)(10)

EXHIBIT 17