AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

## REQUEST

| TO: Leominster ( MD Li) | FROM: (Requesting physician or activity) SC Smith (PA) | DATE OF REQUEST 9-5-02 |
|---|---|---|

REASON FOR REQUEST (Complaints and findings)

— Inmate has Surgery on 9/10/02, STOP Coumadin 9/6/02.  Send to (9-7-02
Leominster on Saturday after Morning Dialysis — Direct Admit to MD Li
— (He needs to start Heparin drip on inmate (IV) @ Hosp)
— med Rec Notified — will coordinate w/

PROVISIONAL DIAGNOSIS

Dialysis — for Surgery — Cath

| DOCTOR'S SIGNATURE SC Smith | APPROVED Sowl | PLACE OF CONSULTATION ☐ BEDSIDE ☐ ON CALL | ☒ ROUTINE 72 HOURS | ☐ TODAY EMERGENCY |
|---|---|---|---|---|

## CONSULTATION REPORT

| RECORD REVIEWED ☐ YES ☐ NO | PATIENT EXAMINED ☐ YES ☐ NO | TELEMEDICINE ☐ YES ☐ NO |
|---|---|---|

*(Continue on reverse side)*

| SIGNATURE AND TITLE | | DATE |
|---|---|---|
| HOSPITAL OR MEDICAL FACILITY | RECORDS MAINTAINED AT | DEPARTMENT/SERVICE OF PATIENT |
| RELATION TO SPONSOR | SPONSOR'S NAME (Last, first, middle) | SPONSOR'S ID NUMBER (SSN or Other) |

PATIENT'S IDENTIFICATION (For typed or written entries, give: Name – last, first, middle; ID no. (SSN or other); Sex; Date of Birth; Rank/Grade)

| | REGISTER NO. | WARD NO. |
|---|---|---|

Salinas, Daniel E
# 89125-079
Fmc Devens        EXHIBIT 18

S. Howard, MD       Sowl 9/2/02
Clinical Director
FMC Devens            **CONSULTATION SHEET**
                          Medical Record

**STANDARD FORM 513** (REV. 4-98)
Prescribed by GSA/ICMR FPMR (41 CFR) 101-11.203(b)(10)

09/20/2002 07:59 FAX 5088565400          UMASS-FMCDevens          → Devens          ☑002

*89125-079*

# HealthAlliance

HealthAlliance Hospitals Inc.

Leominster Campus

| | |
|---|---|
| **Name:** | Fmcdsalinas, Daniel |
| **DOB:** | 12/21/1947   LOC: MSU M010-A |
| **MR#:** | 00502797 |
| **Encounter#:** | 005006767825 |
| **Admit Date:** | 09/07/2002 |

FAXED

SEP 2 0 2002

## HISTORY AND PHYSICAL

**DICTATING PROVIDER:** Shipen Li, MD

**DATE OF ADMISSION:** 09/07/02

**REASON FOR ADMISSION:** Malfunctioning continuous ambulatory peritoneal dialysis catheter which needs revision, and also antiphospholipid syndrome with hypercoagulable state.

**HISTORY OF PRESENT ILLNESS:** This is a 54-year-old, Hispanic male from Federal Medical Center at Devens on hemodialysis due to end-stage renal disease. He has a history of antiphospholipid syndrome with hypercoagulable state and deep venous thromboses in the past and was started on hemodialysis in May of 2002 at which time he presented with congestive heart failure. He wished to switch over to continuous ambulatory peritoneal dialysis and had a catheter placed in June of 2002. However, it was not functioning after the placement despite repeated tries as an outpatient. Therefore, he is admitted for revision of the catheter by Dr. Shelton.

Also of note, on the past hospitalization, he was placed on intravenous heparin perioperatively and developed thrombocytopenia and was seen by Dr. Al-Azoubie from hematology. The thought was perhaps it was related to heparin-induced thrombocytopenia and, therefore, he was switched over to intravenous Agrotaban. However, even though the platelets did recover, he was discharged to outpatient hemodialysis at the Federal Medical Center at Devens and was receiving chronically 2,000 units of porcine heparin before dialysis treatment and his platelet count has fully recovered up into the 20,000 range over the past couple of months. This makes heparin-induced thrombocytopenia very unlikely to be the cause of his previous thrombocytopenia episode.

**PAST MEDICAL HISTORY:** His other past medical history includes hypertension and coronary artery disease. He is status post inferior wall myocardial infarction in the past. However, he had a normal cardiac catheterization in May of 2002. He also has gastroesophageal reflux disease, anemia from renal failure, hyperlipidemia, deep venous thrombosis of the left leg, and antiphospholipid syndrome with hypercoagulable state as mentioned above.

**MEDICATIONS:** His medications include clonidine, Protonix, lisinopril, Colace, Senokot, Hectorol, PhosLo, Norvasc, Tums, multivitamins, and Epogen subcutaneously. The Coumadin has been held since 09/06/02.

**REVIEW OF SYSTEMS:** He feels well with no shortness of breath or chest pain and no abdominal pain, leg swelling, rash, nausea, vomiting, headache, or dizziness.

**PHYSICAL EXAMINATION:** His blood pressure was 150/70, respirations 16, and afebrile.

**CHEST:** Clear.

**HEART:** Sounds normal. No rub.

**ABDOMEN:** Soft and nontender. The wounds are fully healed. There is a peritoneal catheter on the right lower abdomen. The site was clear.

Exhibit 19

**Copy for: Robert Shelton, MD, FACS**

S. Howard, Page 1 of 2
Clinical Director
FMC Devens

# HealthAlliance

HealthAlliance Hospitals Inc.

Leominster Campus

| | |
|---|---|
| **Name:** | Fmcdsalinas, Daniel |
| **DOB:** | 12/21/1947    **LOC: MSU M010-A** |
| **MR#:** | 00502797 |
| **Encounter#:** | 005006767825 |
| **Admit Date:** | 09/07/2002 |

**EXTREMITIES:** The lower extremities show no pitting edema.

**SKIN:** The right internal jugular vein Perma-Cath site is clear with no drainage.

**IMPRESSION AND PLAN:** End-stage renal disease patient with a hypercoagulable state, previously on Coumadin. He now will have surgery scheduled by Dr. Shelton on 09/10/02. He will be started on intravenous heparin perioperatively given the hypercoagulable state with the antiphospholipid syndrome. We will follow his complete blood count closely and dialyze him prior to his surgery. Will consult Dr. Al-Azoubie if the platelets become problematic.

Shipen Li, MD
                          DICTATING PROVIDER

mrc/SL
DD: 09/09/2002  9:59 AM    DT: 09/10/2002  5:34 AM    DP: 09/10/02 7:14 PM
Job#: 000054  Doc#: 285761
cc:  Ammar Al-Zoubie, MD
     Shipen Li, MD
     Robert Shelton, MD, FACS
Federal Medical Center at Devens



 EXHIBIT 19

Copy for: Robert Shelton, MD, FACS

89125-079

# HealthAlliance
### HealthAlliance Hospitals Inc.
Leominster Campus

```
Name:        Fmcdsalinas, Daniel
DOB:         12/21/1947   LOC: MSU M010-A
MR#:         00502797
Encounter#: 005006767825
Admit Date:  09/07/2002
```

FAXED
SEP 20 2002

## OPERATIVE REPORT

DICTATING PROVIDER:    Robert Shelton, MD, FACS

DATE OF OPERATION:     09/10/2002

DATE OF OPERATION:     09/10/02

PREOPERATIVE DX:       MALFUNCTIONING PERITONEAL DIALYSIS CATHETER.

POSTOPERATIVE DX:      MALFUNCTIONING PERITONEAL DIALYSIS CATHETER.

OPERATION:             LAPAROSCOPIC REVISION OF PERITONEAL DIALYSIS CATHETER.

SURGEON:               R. LESLIE SHELTON, M.D.

COMPLICATIONS:         NONE.

ANESTHESIA:            GENERAL ENDOTRACHEAL.

EST. BLOOD LOSS:       30 CC.

DRAINS:                NONE.

INDICATIONS:       This 54-year-old male with end-stage renal disease and a
hypercoagulable state secondary to anticardiolipin syndrome underwent placement of a
peritoneal dialysis catheter in June.  Infusion of dialysate causes pain, and dialysate
is difficult to infuse.  X-ray shows proper positioning of the catheter.

FINDINGS:
1.    Catheter in pelvis, but densely enmeshed in scar tissue.
2.    Excellent catheter functioning post procedure.

PROCEDURE:

The patient was placed supine on the operating table and general endotracheal
anesthesia was induced.  The abdomen was prepped and draped sterilely, a transverse
incision was made in the left epigastrium, and deepened through anterior and posterior
rectus fascia sharply.  A Hasson cannula was inserted and secured with a pursestring
fascial suture of 0 Vicryl.  A carbon dioxide pneumoperitoneum was established.  Two
5.0 mm trocars were placed in the left midabdomen.
The catheter was seen to enter the abdomen but was completely enmeshed in dense scar
tissue, lying in the pelvis.  Adhesions to one loop of bowel were taken down using
sharp dissection, permitting complete visualization of the parietal peritoneum in the
pelvis.  The catheter was withdrawn from the scar tissue, and then tacked to the
anterior abdominal wall using a 0 Vicryl suture, passed through a small incision
performed over the site, and tied into the subcutaneous fat.

All trocars were withdrawn under direct vision from within and their sites were
confirmed to be hemostatic.  The pursestring fascial suture was secured.  Each incision
was closed with staples.  Dry dressings were applied to each incision and the patient
was awakened, extubated in the operating room, and taken to the recovery room in stable

Exhibit 19

Copy for: Robert Shelton, MD, FACS

Page 1 of 2

B. Howard, MD
Clinical Director
FMCDSalinas, Daniel    9/25/02

09/20/2002 08:00 FAX 5088565400          UMASS-FMCDevens          → Devens          ☒ 005

# HealthAlliance
#### HealthAlliance Hospitals Inc.
### Leominster Campus

| | |
|---|---|
| **Name:** | Fmcdsalinas, Daniel |
| **DOB:** | 12/21/1947    **LOC:** MSU M010-A |
| **MR#:** | 00502797 |
| **Encounter#:** | 005006767825 |
| **Admit Date:** | 09/07/2002 |

condition. All sponge, instrument, and needle counts were correct at the completion of the procedure.

Robert Shelton, MD,FACS
DICTATING PROVIDER

mrc/RLS
DD: 09/10/2002  2:56 PM    DT: 09/12/2002  5:36 AM    DP: 09/12/02 7:10 PM
Job#: 000197  Doc#: 286332
cc:   Shipen Li, MD
      Robert Shelton, MD,FACS
Dr Sandra Howard Federal Medical Center at Devens



FAXED
SEP 20 2002

EXHIBIT 19

**Page 2**
**Patient Care Referral Form**

5006767625    M010-A 502797
FMCOSA TNAS, DANIEL
54Y 1 721/1947 LMD Q MSU
LI. SHIPEN

Name _____

Record # _____
UMASS/FMCDEV /
100 CENTURY DR
Transfer to: _____
WORCESTER
7561000              09/07/02

| NURSING: Self Care Status Check Functional Level | | Inde-pendent | Needs Assist-ance | Unable |
|---|---|---|---|---|
| Ambulation | Bed-Chair | ✓ | | |
| | Walking | ✓ | | |
| | Stairs | ✓ | | |
| | Wheelchair | ✓ | | |
| | Crutches | ✓ | | |
| | Walker | | | |
| | Cane | | | |
| Activities | Bathe self | ✓ | | |
| | Dress self | ✓ | | |
| | Feed self | ✓ | | |
| | Brushing teeth | ✓ | | |
| | Shaving | ✓ | | |
| | Toilet | ✓ | | |
| | Commode | | | |
| | Bedpan/Urinal | | | |

| Bowel & Bladder Program | ☐ Yes ☒ No |
|---|---|
| Incontinence: | Bladder ☐ Bowel ☐ |
| Date of Last Enema | |
| Catheter: Type | |
| Date last changed: | |
| Weight | Height | Date |
| Anointed Yes ☐ No ☐ | Date |

Check if Pertinent: (describe at right) ()

**DISABILITIES**
☐ Amputation
☐ Paralysis
☐ Contractures
☐ Decubitus
☐ Other

**IMPAIRMENTS**
☐ Speech
☐ Hearing
☐ Vision
☐ Sensation
☐ Other

**COMMUNICATION**
☐ Can Write
☐ Talks
☐ Understands Speaking
☐ Understands English
☐ If no, Other Language?
☐ Reads
☐ Non-Verbal

**BEHAVIOR**
☐ Alert
☐ Forgetful
☐ Noisy
☐ Confused
☐ Withdrawn
☐ Wanders
☐ Other

**REQUIRES**
Mark "S" if sent; "N" if needed

☐ Colostomy Care
☐ Cane                ☐ Dentures
☐ Crutches          ☐ Eye Glasses
☐ Walker            ☐ Hearing Aid
☐ Wheelchair      ☐ Prosthesis
☐ Other               ☐ Side Rails

PATIENT CARE PLAN
(Explain details of care, medications, treatments, teaching, habits, preferences, and goals.)

Medications: Note time last dose given on day of discharge.

Pt. is a 54 yr. old male admitted for failed CAPD cath. Has had hemodialysis via perm-a-cath ® chest while here. At attempted to instill + drain via CAPD cath 9/12, 700cc 1.5% dialysate in, 100cc out. Sent for C+S - positive for bacteria. Gentamycin x1 80mg IV 9/13 @ 1100. C/o pain p̄ instillation, 4mg MSO4 IV c̄ π percocet 9/12 c̄ good result. BM 9/12 p̄ supp. + lactulose doses. Pt was relieved of pain p̄ BM. VSS- 98-96-18- 138/83 - 91% RA. Med sheet attached c̄ last doses of meds. Nasal sprays sent c̄ guard. Staples to incisions on abd, SNT today. IV to ® arm heplocked, may be removed when arrives. DS clear/dim. Attempted to drain fluid today 9/13 via cath, ∅ result.

_kelly mckenna RN_
Signature of Nurse
Telephone 978 466_ 4200    Date 09/13/02

NUTRITION: (discuss food preferences, understanding of diet, teaching needs and goals)    Diet enclosed ☐ Yes ☐ No

EXHibit 20

APPROVED BY THE MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH

Nutritionist Signature _____ Telephone _____ Date _____

Snell 9/18/04

**HealthAlliance**
HEALTHALLIANCE HOSPITALS,
60 Hospital Road, Leominster, MA
01453-8004

☐ Burbank
☐ Leominster
☐ Fairlawn
☐ Highlands
☐ DVNA

```
BC06767825   PATIENT IDENTIFICATION 0 2 7 9 7
FMCOSALIN  , DANIEL
64Y   17/0 , 1947 LMD Q MSU
LI. SHIPEN
UMASS/FMCDEV
100 CENTURY DR
WORCESTER
7961000                    09/07/02
```

## Patient Discharge Instructions

**DISCHARGED TO:**  ☐ Home   ☑ Other  _FMCD_

**Discharge Medications:**  Prescription given: _____  ☐ No prescriptions

| Medication/Dose | Time to be Taken | Begin At | Special Instructions |
|---|---|---|---|
| | | | |
| _See attached_ | | | |
| | | | |
| | | | |
| | | | |

**Verbalizes understanding of food and Medication interactions:** _____

**PROCEDURES/EQUIPMENT/TREATMENTS**   Instructions: _____

**ACTIVITY**   Instructions:  _AS TOl_ _____

**DIET**   Instructions:  _AS TOl_ _____

**SIGNS & SYMPTOMS for which the doctor should be notified:** _Fever, abdominal pain, nausea + vomiting_

**FOLLOW UP APPOINTMENTS**   Patient to make own appointment: _____

| Provider/Service | Location | Telephone | Date | Time |
|---|---|---|---|---|
| | | | | |
| | | | | |

*I have received Discharge Instructions*

_____          _EXHiBiT  20_          _____
Signature of Patient/Representative                                        Date

*I have discussed and given a copy of this plan to the patient/representative:*

_Kelly McKenna, RN_                                                     _09/13/02_
Signature of Nurse                                                          Date

_____                                              _____
Signature of Patient/Representative                                        Date

Original - Medical Records        Yellow - Provider        Pink - Patient      _MAP_   _Encl 9/13/02_

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

## REQUEST

TO: _Nephrologist_

FROM: *(Requesting physician or activity)* _FMC Devens_

DATE OF REQUEST 9/18/02

REASON FOR REQUEST *(Complaints and findings)*

PD catheter repositioned
Peritonitis

PROVISIONAL DIAGNOSIS

CRF, dialysis, (+) lupus anticoagulant (9/02)

DOCTOR'S SIGNATURE
Connie Gedjiklian
MLP
FMC Devens

APPROVED

PLACE OF CONSULTATION
☐ BEDSIDE  ☐ ON CALL

☒ ROUTINE  ☐ TODAY
☐ 72 HOURS  ☐ EMERGENCY

## CONSULTATION REPORT

RECORD REVIEWED  ☐ YES  ☒ NO    PATIENT EXAMINED  ☐ YES  ☐ NO    TELEMEDICINE  ☐ YES  ☐ NO

On new po cath a
→ less pain oft 1 week                                172/74

pls ↑ 10-1  c.f.r  c.r.s.  ( ̄)

lg cl 4.1  c.r

PD site look good.

RTC     T     Tomorrow
                                                    Williams MS
                                                    10-5-02

*(Continue on reverse side)*

SIGNATURE AND TITLE                                   DATE 5/21/02

HOSPITAL OR MEDICAL FACILITY    RECORDS MAINTAINED AT    DEPARTMENT/SERVICE OF PATIENT

RELATION TO SPONSOR    SPONSOR'S NAME *(Last, first, middle)*    SPONSOR'S ID NUMBER *(SSN or Other)*

PATIENT'S IDENTIFICATION *(For typed or written entries, give: Name - last, first, middle; ID no. (SSN or other); Sex; Date of Birth; Rank/Grade)*    REGISTER NO.    WARD NO.

89125-079
SALINAS, DANIEL
12-21-1947
RENAL
FMC DEVENS

EXH.BIT 21

**CONSULTATION SHEET**
Medical Record

STANDARD FORM 513 (REV. 4-98)
Prescribed by GSA/ICMR FPMR (41 CFR) 101-11.203(b)(10)

R Leslie Shelton MD          FAX NO. : 976 840 0506          Oct. 08 2002 12:01PM  P4

89125-029

# HealthAlliance

HealthAlliance Hospitals Inc.

Leominster Campus

| | |
|---|---|
| **Name:** | Pmcd██████, Daniel |
| **DOB:** | 12/21/1947     **LOC: MSU M008-A** |
| **MR#:** | 00502797 |
| **Encounter#:** | 005006879885 |
| **Admit Date:** | 09/30/2002 |

## HISTORY AND PHYSICAL

**DICTATING PROVIDER:**     Shipen Li, MD

**DATE OF ADMISSION:** 09/30/02

**REASON FOR ADMISSION:** Malfunctioning peritoneal dialysis catheter and peritonitis and also antiphospholipid syndrome with hypercoagulable state.

**HISTORY OF PRESENT ILLNESS:** This is a 54-year-old, Hispanic male, a Federal Medical Center at Devens patient with end-stage renal disease on hemodialysis. He has been on hemodialysis but wished to convert to continuous ambulatory peritoneal dialysis and the catheter was inserted in June of 2002. However, it did not function and he was brought back on 09/09/02 for revision by Dr. Shelton. However, a lot of adhesions were found with omental wrap and it was repositioned. Postoperatively, he developed Enterobacter peritonitis with significant abdominal pain and the catheter continues to be nonfunctional. Because of these problems, the patient wished to abandon further attempts to make the peritoneal dialysis work and wants the continuous ambulatory peritoneal dialysis catheter removed and continue with hemodialysis.

**PAST MEDICAL HISTORY:** The patient's past medical history is significant for end-stage renal disease probably related to his hypercoagulable state and antiphospholipid syndrome, deep venous thromboses in the past, and chest pain syndrome. However, he had a cardiac catheterization in May of 2002 at University of Massachusetts Medical Center. He was found to have no evidence of coronary artery disease. He has labile hypertension, gastroesophageal reflux disease, anemia from renal failure and iron deficiency, and a question of heparin-induced thrombocytopenia. The workup still is in progress.

**MEDICATIONS:** He is currently on Procrit, lisinopril 15 mg twice a day, clonidine 0.3 mg three times a day, Protonix, Colace, Tums, Senokot, Hectorol, Lasix, Benadryl, lactulose, Plendil 5 mg daily, and gentamicin intravenously on hemodialysis.

**PHYSICAL EXAMINATION:** Blood pressure is 170/108. He is in no acute distress and afebrile.

**CHEST:** Clear.

**HEART:** Sounds are normal. No murmur or rub.

**ABDOMEN:** Soft and nontender. No rebound. The continuous ambulatory peritoneal dialysis catheter exit site is clear. The scars are healing in the abdomen.

**EXTREMITIES:** The lower extremities show no pitting edema. The right internal jugular Perma-Cath site is clear.

**IMPRESSION AND PLAN:** Continuous ambulatory peritoneal dialysis catheter malfunctioning with gram-negative peritonitis in a patient with a hypercoagulable state and end-stage renal disease. The patient will be anticoagulated with intravenous argatroban given the question of heparin-induced thrombocytopenia of which I am doubtful given that he does receive heparin on hemodialysis without thrombocytopenia as an outpatient. However, since the past couple of admissions there has been a problem with a drop in

EXHIBIT 22

# HealthAlliance

HealthAlliance Hospitals Inc.

Leominster Campus

| | |
|---|---|
| **Name:** | Fmcds~~xxxxxxx~~ Daniel |
| **DOB:** | 12/21/1947    **LOC:** MSU M008-A |
| **MR#:** | 00502797 |
| **Encounter#:** | 005006879885 |
| **Admit Date:** | 09/30/2002 |

platelet count on intravenous heparin drip, we will start with the alternative agent which he has tolerated well in the past. The Coumadin has been held for three days and will check coags and consult Dr. Shelton for the continuous ambulatory peritoneal dialysis catheter removal and arrange for hemodialysis on his regular schedule. For now, we will increase his clonidine for blood pressure control.

Shipen Li, MD
DICTATING PROVIDER

mrc/SL
DD: 10/02/2002  2:07 PM    DT: 10/03/2002 10:57 AM    DP: 10/03/02 7:11 PM
Job#: 002933  Doc#: 291416
cc:    Shipen Li, MD
       Robert Shelton, MD,FACS
Federal Medical Center at Devens

EXHIBIT 27

Copy for: Robert Shelton, MD,FACS

10/08/2002 11:37 FAX 5088565400        UMASS-FMCDevens          → Devens            ☑005
FROM : R Leslie Shelton MD
                                FAX NO. : 978 840 0506            oct. 08 2002 12:00PM  P2

                                                                  89125-079

# HealthAlliance
HealthAlliance Hospitals Inc.
### Leominster Campus

| | |
|---|---|
| **Name:** | Fmcd██████ Daniel |
| **DOB:** | 12/21/1947    **LOC:** MSU M008-A |
| **MR#:** | 00502797 |
| **Encounter#:** | 005006879885 |
| **Admit Date:** | 09/30/2002 |

## OPERATIVE REPORT

**DICTATING PROVIDER:**     Robert Shelton, MD, FACS

**DATE OF OPERATION:**     10/02/2002

**DATE OF OPERATION:**     10/02/02

**PREOPERATIVE DX:**     MALFUNCTIONING PERITONEAL DIALYSIS CATHETER.

**POSTOPERATIVE DX:**     MALFUNCTIONING PERITONEAL DIALYSIS CATHETER.

**OPERATION:**     REMOVAL OF PERITONEAL DIALYSIS CATHETER.

**SURGEON:**     R. LESLIE SHELTON, M.D.

**COMPLICATIONS:**     NONE.

**ANESTHESIA:**     GENERAL BY LARYNGEAL MASK AIRWAY.

**EST. BLOOD LOSS:**     200 CC.

**DRAINS:**     NONE.

**INDICATIONS:**     This 54-year-old, Hispanic male with hypercoagulable state underwent peritoneal dialysis catheter insertion, but the catheter never functioned well. He underwent revision of it about three weeks ago but continued to experience pain with infusion, and has had an episode of peritonitis. The catheter does not function at this point.

**FINDINGS:** Peritoneal dialysis catheter in proper position, but with considerable clot within catheter but with some holes functioning.

**PROCEDURE:**

The patient was placed supine on the operating table and general laryngeal mask airway anesthesia was induced. The abdomen was prepped and draped sterilely. The skin was incised sharply from the catheter insertion site caudad, the proximal cuff was dissected free, and then the catheter was withdrawn upward. Dissection around the catheter transected the catheter, just proximal to the distal cuff. This cuff was grasped and retracted upward, dissected free of surrounding tissue sharply, and the catheter was removed intact. When the catheter was flushed, multiple holes were noted to be open. However, considerable clot was present within the pigtail portion of the catheter. A culture of the catheter was obtained and it was discarded.

The wound was irrigated and inspected for hemostasis, bleeding from significant muscular vessels was controlled with figure-of-eight sutures of 0 Vicryl, the posterior rectus fascia was closed with a running 0 Vicryl, and then the anterior rectus fascia was closed with a running 0 Vicryl. The subcutaneous fat was irrigated and inspected for hemostasis and the skin edges were approximated with a running 4-0 Vicryl subcuticular. There was 10 cc of 0.5% Marcaine infiltrated into the fascia lateral and cephalad to the incision. Steri-Strips and a dry dressing were applied.

Exhibit 22

10/08/2002 11:38 FAX 5088565400          UMASS-FMCDevens          → Devens          ☑006

FROM : R.Leslie Shelton MD          FAX NO. : 978 840 0506          oct. 08 2002 12:01PM P3

# HealthAlliance

HealthAlliance Hospitals Inc.

**Leominster Campus**

| | |
|---|---|
| **Name:** | Fmcd██████, Daniel |
| **DOB:** | 12/21/1947          **LOC:** MSU M008-A |
| **MR#:** | 00502797 |
| **Encounter#:** | 005006879885 |
| **Admit Date:** | 09/30/2002 |

The patient was awakened, extubated in the operating room, and taken to the recovery room in stable condition.  All sponge, instrument, and needle counts were correct at the completion of the procedure.

Robert Shelton, MD,FACS
DICTATING PROVIDER

mrc/RLS
**DD:** 10/02/2002  9:59 AM    **DT:** 10/03/2002  5:25 AM    **DP:** 10/03/02 7:10 PM
**Job#:** 002881  **Doc#:** 291368
cc:    Ahmad Samer Al-Homsi, MD
       Shipen Li, MD
       Robert Shelton, MD,FACS

EXHiBit 33

*89/25-079*

## Stephen J. Hoenig, M.D., F.A.C.S.
### Board Certified in Vascular Surgery

Emerson Hospital John Cuming Bldg. Suite 770 • 131 ORNAC • Concord, MA 01742 • Phone: 978-369-4468 • Fax: 978-369-4213
Leominster Hospital Professional Bldg. Suite 1C • 100 Hospital Road • Leominster, MA 01453 • Phone: 978-534-3399 • Fax: 978-537-4929

DANIEL SALINAS                                                          D/B:  12/21/47

OFFICE VISIT – 10/11/02

Daniel Salinas came into my office today secondary to shaking chills during dialysis. He has a catheter which apparently had grown out gram negative rods. I removed his catheter using sterile technique and will schedule him for a replacement of his permacath sometime within the next week.

Stephen J. Hoenig, M.D.

SJH:an

cc:  FMCD

/williams MD
10-23-02

EXHIBIT 23



## UMass Memorial Medical C nter

89125-079

| Patient Name: | SALINAS, DANIEL | MR #: | 000924145 |
|---|---|---|---|
| Admit Date: | 10/17/2002 | ACCT#: | 00010963698 |
| Discharge Date: | 10/22/2002 | Location: | 6EST 610 W |

## DISCHARGE SUMMARY

**CHIEF COMPLAINT:** End stage renal disease.

**HISTORY OF PRESENT ILLNESS:** The patient is a 54-year-old male with a history of hypertension, antiphospholipid syndrome, end stage renal disease who was transferred to U. Mass from Leominster Hospital for Tessio placement. Mr. Selinas was initiated on hemodialysis in May for end stage renal disease secondary to hypertension. Approximately six weeks ago he was changed to peritoneal dialysis, however, his peritoneal dialysis was complicated by peritonitis by both Citrobacter and enterococcus which required the removal of the Tenckhoff catheter approximately one month ago. The patient was being dialyzed through a Tessio catheter but unfortunately developed seratia bacteremia which required the removal of the catheter ten days ago. The patient had been admitted to Leominster Hospital to have a Tessio catheter once again placed. The attempt at placing this catheter was completed on 10/15 but unfortunately was complicated by cannulation of the carotid artery with the development of a large hematoma on the patient's neck. At the patient's request, he was then transferred to U. Mass on 10/18 for placement of Tessio.

**PAST MEDICAL HISTORY:** End stage renal disease, hypertension, antiphospholipid syndrome.

**MEDICATIONS:**
1. Clonidine 0.3 mg t.i.d.
2. Lasix 120 mg p.o. q.d.
3. Plendil 5 mg p.o. q.d.
4. Protonix.
5. Tums.
6. Senokot.
7. Colace.

**ALLERGIES:** No known drug allergies.

**SOCIAL HISTORY:** He is currently a prisoner at Fort Devens. He does not smoke or drink alcohol.

**FAMILY HISTORY:** Noncontributory.

**PHYSICAL EXAMINATION:** Temperature: 36.1. Blood pressure: 180/90. Pulse: 63. His oxygenation is 98% on room air. Head: Normocephalic, atraumatic. Pupils were equal, round and reactive to light and accommodation. Oropharynx is clear. Neck: Supple without JVD or adenopathy. A small hematoma is noted in the inferior portion of the left neck. Heart: Regular rate and rhythm with a normal S1/S2 with a II/VI systolic murmur. Pulmonary examination: Clear to auscultation bilaterally. Abdomen: Soft, nondistended, nontender. Extremities: Show no cyanosis,

Page 1 of 3
COPY FOR:
**PHYSICIAN REFERRAL SERVICES**

Exhibit 2Y

Dr. Sandra Howard
Clinical Director
Reviewed/ Date 10/30/0

11/06/2002 08:24 FAX 5086588817    UMASS HMO Devens      ☐003
NOV. 5. 2002  3:56PM    UM_C REFERRAL SERV /HEALTH CALL      NO. 5535    P. 2

 UMass Memorial Medical Center

| | |
|---|---|
| Patient Name: | SALINAS, DANIEL |
| Admit Date: | 10/17/2002 |
| Discharge Date: | 10/22/2002 |

| | |
|---|---|
| MR #: | 000924145 |
| ACCT#: | 00010963698 |
| Location: | 6EST 610 W |

clubbing, or edema. A double lumen dialysis catheter is noted in the right groin. Skin examination: Shows no rash. Patient is alert and oriented x three with a nonfocal neurological examination.

LABORATORIES: White count: 4.5. Hematocrit: 29. Platelet count: 163,000. Sodium: 142. K: 4.5. Chloride: 104. Bicarbonate: 26. BUN: 62. Creatinine: 11. Glucose: 99.

HOSPITAL COURSE:
1. End stage renal disease. Mr. Selinas continued to be dialyzed on a Tuesday, Thursday, Saturday schedule. He was seen by Dr. Rohrer in vascular surgery and was taken to the operating room on 10/20 at which time he had a right IJ Tessio placed as well as the creation of a right arm brachiocephalic AV fistula. While in the operating room, he also had his femoral dialysis catheter removed. He is currently scheduled to have his Tessio catheter accessed on 10/22 for initial use.

2. Infectious disease. The patient has a history of Citrobacter and enterococcus peritonitis from over four weeks ago as well as a recent history of a Serratia bacteremia requiring the removal of his Tessio catheter. He was transferred to U. Mass on a regimen of Gentamycin and Vancomycin. He was seen by infectious disease during his hospitalization for the question of length of treatment for serratia bacteremia. Infectious disease recommended that his Vancomycin be discontinued and that he receive one additional dose of Gentamycin on 10/22/02.

3. Antiphospholipid syndrome. Mr. Selinas has previously been told that he requires life-long anticoagulation for antiphospholipid syndrome. At the time of his arrival at U. Mass, he was on no anticoagulation secondary to a recent neck bleed associated with Tessio placement. An initial attempt at heparinization resulted in the rapid drop of his platelet count which appeared to be consistent with heparin induced thrombocytopenia. Based on this, his heparin drip was discontinued. He was initiated on Coumadin with the plan for daily adjustments in the dose of his medications based on his PT and INR.

FINAL DIAGNOSES:
1. End stage renal disease status post right IJ Tessio placement and creation of right arm AV fistula.
2. Hypertension.
3. Antiphospholipid syndrome.

CONDITION ON DISCHARGE: Good.

DISCHARGE INSTRUCTIONS: Continue renal diet with full activity. He will need to schedule follow-up with vascular surgery within the next two weeks.

MEDICATIONS ON DISCHARGE:
1. Clonidine 0.3 mg p.o. t.i.d.
2. Lasix 120 mg p.o. q.d.

COPY FOR:
PHYSICIAN REFERRAL SERVICES

EXHIBIT 2Y



## UMass Memorial Medical Center

| | | | |
|---|---|---|---|
| **Patient Name:** | SALINAS, DANIEL | **MR #:** | **000924145** |
| **Admit Date:** | 10/17/2002 | **ACCT#:** | **00010963698** |
| **Discharge Date:** | 10/22/2002 | **Location:** | 6EST 610 W |

3. Plendil 5 mg p.o. q.d.
4. Lisinopril 15 mg p.o. b.i.d.
5. Protonix 40 mg p.o. q.d.
6. Turns two tablets p.o. t.i.d. with meals.
7. Senokot one tablet p.o. q.h.s.
8. Colace 100 mg p.o. b.i.d.
9. Nephrocaps one tablet p.o. q day.

PROGNOSIS: Good.

**DICTATED NOT READ**

Jahan J. Montague, MD

Dictated by:  Jahan J. Montague, MD

D:    10/21/2002
T:    10/21/2002  6:11 P
000471351/469555
/001

cc:    Jahan J. Montague, MD

EXHiBit > Y

89/25-079

**DRAFT**

Patient Name:  SALINAS, DANIEL          MR #:      000924145
Admit Date:    10/17/2002               ACCT#:     00010963698
Discharge      10/22/2002               Location: 6EST 610 W
Date:

## DISCHARGE SUMMARY

CHIEF COMPLAINT:  End stage renal disease.

HISTORY OF PRESENT ILLNESS:  The patient is a 54-year-old male with a
history of hypertension, antiphospholipid syndrome, end stage renal disease
who was transferred to U. Mass from Leominster Hospital for Tessio
placement.  Mr. Selinas was initiated on hemodialysis in May for end stage
renal disease secondary to hypertension.  Approximately six weeks ago he
was changed to peritoneal dialysis, however, his peritoneal dialysis was
complicated by peritonitis by both Citrobacter and enterococcus which
required the removal of the Tenckhoff catheter approximately one month ago.
The patient was being dialyzed through a Tessio catheter but unfortunately
developed seratia bacteremia which required the removal of the catheter ten
days ago.  The patient had been admitted to Leominster Hospital to have a
Tessio catheter once again placed.  The attempt at placing this catheter
was completed on 10/15 but unfortunately was complicated by cannulation of
the carotid artery with the development of a large hematoma on the
patient's neck.  At the patient's request, he was then transferred to U.
Mass on 10/18 for placement of Tessio.

PAST MEDICAL HISTORY:  End stage renal disease, hypertension,
antiphospholipid syndrome.

MEDICATIONS:
1.  Clonidine 0.3 mg t.i.d.
2.  Lasix 120 mg p.o. q.d.
3.  Plendil 5 mg p.o. q.d.
4.  Protonix.
5.  Tums.
6.  Senokot.
7.  Colace.

ALLERGIES:  No known drug allergies.

SOCIAL HISTORY:  He is currently a prisoner at Fort Devens.  He does not
smoke or drink alcohol.

FAMILY HISTORY:  Noncontributory.

PHYSICAL EXAMINATION:  Temperature: 36.1.  Blood pressure: 180/90. Pulse:
63.  His oxygenation is 98% on room air.  Head: Normocephalic, atraumatic.
Pupils were equal, round and reactive to light and accommodation.
Oropharynx is clear.  Neck:  Supple without JVD or adenopathy.  A small
hematoma is noted in the inferior portion of the left neck.  Heart:
Regular rate and rhythm with a normal S1/S2 with a II/VI systolic murmur.
Pulmonary examination:  Clear to auscultation bilaterally.  Abdomen:  Soft,
nondistended, nontender.  Extremities: Show no cyanosis, clubbing, or
edema.  A double lumen dialysis catheter is noted in the right groin.  Skin
examination:  Shows no rash.  Patient is alert and oriented x three with a
nonfocal neurological examination.

Exhibit 25

Patient Care Inquiry Module (PCI: OE Database UMA)

S. H____ ___d, MD
Clin___ ___ir___of
FM__ ___ __is

DRAFT

LABORATORIES: White count: 4.5. Hematocrit: 29. Platelet count: 163,000. Sodium: 142. K: 4.5. Chloride: 104. Bicarbonate: 26. BUN: 62. Creatinine: 11. Glucose: 99.

HOSPITAL COURSE:
1.  End stage renal disease. Mr. Salinas continued to be dialyzed on a Tuesday, Thursday, Saturday schedule. He was seen by Dr. Rohrer in vascular surgery and was taken to the operating room on 10/20 at which time he had a right IJ Tessio placed as well as the creation of a right arm brachiocephalic AV fistula. While in the operating room, he also had his femoral dialysis catheter removed. He is currently scheduled to have his Tessio catheter accessed on 10/22 for initial use.

2.  Infectious disease. The patient has a history of Citrobacter and enterococcus peritonitis from over four weeks ago as well as a recent history of a Serratia bacteremia requiring the removal of his Tessio catheter. He was transferred to U. Mass on a regimen of Gentamycin and Vancomycin. He was seen by infectious disease during his hospitalization for the question of length of treatment for serratia bacteremia. Infectious disease recommended that his Vancomycin be discontinued and that he receive one additional dose of Gentamycin on 10/22/02.

3.  Antiphospholipid syndrome. Mr. Salinas has previously been told that he requires life-long anticoagulation for antiphospholipid syndrome. At the time of his arrival at U. Mass, he was on no anticoagulation secondary to a recent neck bleed associated with Tessio placement. An initial attempt at heparinization resulted in the rapid drop of his platelet count which appeared to be consistent with heparin induced thrombocytopenia. Based on this, his heparin drip was discontinued. He was initiated on Coumadin with the plan for daily adjustments in the dose of his medications based on his PT and INR. *Pt also w/ apparent Acute/chronic clot in UC by duplex as mentioned.*

FINAL DIAGNOSES:
1.  End stage renal disease status post right IJ Tessio placement and creation of right arm AV fistula.
2.  Hypertension.
3.  Antiphospholipid syndrome.

CONDITION ON DISCHARGE: Good.

DISCHARGE INSTRUCTIONS: Continue renal diet with full activity. He will need to schedule follow-up with vascular surgery within the next two weeks.

MEDICATIONS ON DISCHARGE:
1.  Clonidine 0.3 mg p.o. t.i.d.
2.  Lasix 120 mg p.o. q.d.
3.  Plendil 5 mg p.o. q.d.
4.  Lisinopril 15 mg p.o. b.i.d.
5.  Protonix 40 mg p.o. q.d.
6.  Tums two tablets p.o. t.i.d. with meals.
7.  Senokot one tablet p.o. q.h.s.
8.  Colace 100 mg p.o. b.i.d.
9.  Nephrocaps one tablet p.o. q day.
*10, Coumadin PRN*
PROGNOSIS: Good.

*Exhibit 25*

**DRAFT**

Jahan J. Montague, MD

Dictated by:   Jahan J. Montague,

MD
D:    10/21/2002
T:    10/21/2002   6:11 P
000471351/469555
/001

cc:   Jahan J. Montague, MD

EXHiBiT 35

Patient Care Inquiry Module (PCI: OE Database UMA)

Run: 10/22/02-13:09 by MONTAGUE,JAHAN  MD                    Page 3 of 3

DRAFT

*9/25-079* ✓

| | |
|---|---|
| Patient Name:  OOSALINAS, DANIEL | MR #:      000924145 |
| Consult Date:  10/19/2002 | ACCT#:    00010963698 |
| Discharge | Location: 6EST 610 W |
| Date | |

CONSULTATION REPORT    *By Michael J Rohrer MD*

REFERRING PHYSICIANS:  Dr. Jahan Montague, and Dr. Sandra Howard.


Mr. Salinas is a 54-year-old incarcerated gentleman with end-stage renal disease secondary to hypertension.  He was being dialyzed through a right internal jugular vein Tesio catheter until approximately two weeks ago when he developed Serratia bacteremia and the catheter required removal.  He has previously had a peritoneal dialysis catheter which was removed secondary to inadequate function.  He underwent an attempted left jugular Tesio catheter insertion at Leominster Hospital, and had cannulation of the carotid artery with development of a large hematoma. He is currently being dialyzed through a right femoral vein Shiley catheter.  A consultation has been requested to establish hemodialysis access on a more permanent basis.


The past medical history is remarkable for hypertension and an antiphospholipid antibody syndrome complicated by previous DVT.  He also has a history of gastroesophageal reflux.


Previous operations include a failed left radial cephalic AV fistula as well as placement of a peritoneal dialysis catheter, previous right internal jugular vein Tesio catheter, and left carotid puncture.


Current medications are aspirin, Nephrocaps, calcium, atenolol, and Norvasc.


On physical examination, his blood pressure is 180/90 on the right and 170/90 on the left.  He was awake and alert.  He was afebrile with a pulse of 90.  Carotid, brachial, and radial pulses were normal bilaterally.  He has some mild swelling in the left neck with a resolving hematoma. Femoral, popliteal, dorsalis pedis, and posterior tibial pulses are palpable bilaterally.  His abdomen is soft and nontender.  His Allen's test is normal bilaterally.  He has a well-healed scar over his left wrist. There appears to be an adequate cephalic vein at the level of the antecubital fossa.


IMPRESSION:
1.  Chronic renal failure.
2.  Hypertension.
3.  Antiphospholipid antibody syndrome.          *Exhibit 26*


RECOMMENDATIONS:
1.  Duplex scan of the upper extremity great veins.
2.  Will place Tesio catheters and create left brachiocephalic AV fistula.


Patient Care Inquiry Module (PCI: OE Database UMA)

DRAFT

Michael J. Rohrer, MD

Dictated by:  Michael J. Rohrer,

———

MD
D:    10/19/2002
T:    10/20/2002   9:38 A
000470309/468735
/tra

cc:   Sandra Howard, MD
      Jahan J. Montague, MD
      Michael J. Rohrer, MD

EXHIBIT 26

AUTHORIZED FOR LOCAL REPRODUCTION

## CONSULTATION SHEET

| MEDICAL RECORD | REQUEST | DATE OF REQUEST 10/29/02 |
|---|---|---|
| | FROM: (Requesting physician or activity) | |

TO: Leominster ER    FMC Devens

REASON FOR REQUEST (Complaints and findings)

Dialysis inmate, h/o DVT's w/o lupus anticoagulant syndrome 2 day h/o (L) sided posterolateral CP. On coumadin +/- SOB → splinting RR = 16, O₂ sat 98% RA. Please evaluate pulmonary embolus

PROVISIONAL DIAGNOSIS    see above.

PLACE OF CONSULTATION: ☐ BEDSIDE ☐ ON CALL
☒ ROUTINE 72 HOURS  ☐ TODAY  ☒ EMERGENCY

DOCTOR'S SIGNATURE Bonnie Godjikian MLP FMC Devens

TELEMEDICINE ☐ YES ☐ NO

## CONSULTATION REPORT

PATIENT EXAMINED ☐ YES ☐ NO
RECORD REVIEWED ☐ YES ☐ NO

PT Ø leg pain or swelling, Ø SOB or tachypnea, ⊕ distinct, focal + reproducible (L) lower ribcage pain, normal CXR, normal O₂ sat, already therapeutic on coumadin. PE very unlikely + already w/ appropriate tx. See d/c instructions.

/s/ Gayzed

(Continue on reverse side)

DATE 10/

PATIENT'S IDENTIFICATION

89125-079
SALINAS, DANIEL
12-23-1947
FMC DEVENS

S. Howard MD
Clinical Director
FMC Devens    2nd 10/31

STANDARD FORM 513 (REV. 4-98)
Prescribed by GSA/ICMR FPMR (41 CFR)

EXHIBIT 27

**Administrative Remedy No. 305798-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy
Appeal in which you request "the mandated kidney transplant to
save my life or the BOP will cause [your] death by reckless
negligence."

The Bureau of Prisons (BOP) recognizes that organ transplants are
appropriate treatment for several diseases, including kidney
failure.  Accordingly the policy of the BOP was changed three
years ago to state that organ transplantation is an option for
treating certain diseases.  The BOP is dependent on hospitals
which perform organ transplants to agree to provide this service
to our inmates.  The BOP has been actively pursuing contracts
with transplant centers, and continues to do so.  At this time,
we have a contract with two hospitals which will perform kidney
transplants if the inmate has a living relative who will donate a
kidney.  You assert that you should first have an evaluation to
determine your physical suitability for a transplant, and then
potential donors can be identified.  The reality of the current
situation is that the hospitals affiliated with the BOP will not
transplant an inmate without a living donor.  Therefore if you
sincerely wish to continue toward the possibility of a kidney
transplant while you are incarcerated, you will need to provide
your Clinical Director with names of relatives who may be willing
to donate a kidney to you.

We continue to work to educate potential contractors that inmates
who meet the medical requirements for an organ transplant should
be allowed placement on a waiting list.  Because of the
nationwide shortage of organs for transplant, many individuals
with organ failure die while waiting for an organ.  All Americans
do not have equal access to health care, including organ
transplants.  Therefore you are currently receiving the same
quality of medical treatment as is available for most of
Americans.  If the BOP secures a contract with a transplant
center which will place inmates on a waiting list, BOP has
guidelines for evaluating all inmates on dialysis to determine
which ones are potential candidates to receive a kidney.

This response has been provided for informational purposes only.


_____                    _____
December 19, 2003                      Harrell Watts, Administrator
       Date                            National Inmate Appeals


Exhibit 27A