**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF: DANIEL E. SALINAS | COURT CASE NUMBER: CV-04-40015-RCL |
| DEFENDANT: UNITED STATES OF AMERICA on behalf of F.M.C. Devens | TYPE OF PROCESS: STC WAIVER OF SERVICE |

**SERVE AT:**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: United States Attorney for the District of Massachusetts
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): One Courthouse Way, Boston, MA 02210

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

DANIEL E. SALINAS
89125-079
F.M.C. Devens
P.O. Box 879
Ayer, MA 01432-0879

Number of process to be served with this Form 285: 3
Number of parties to be served in this case: 3
Check for service on U.S.A.: ✓

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Docket # 04CV40015 R.C.L.
Judge R.C. Lindsey

RECEIVED
2004 APR 19 A 8:47
DISTRICT OF MASSACHUSETTS

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER:
DATE: 1-12-2004

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin: No. 38
District to Serve: No. 38
Signature of Authorized USMS Deputy or Clerk: Nancy Talavera
Date: 4/19/04

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above):

Date:  Time: ☐ am ☐ pm

Signature of U.S. Marshal or Deputy:

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

PRIOR EDITIONS MAY BE USED

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

FORM USM-285
Rev. 12/15/80
Automated 01/00

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Massachusetts

Daniel E. Salinas

v.

Federal Bureau of Prisons
F.M.C. Devens
David L. Winn, Warden, et, al.,
United States of America

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 4:04-CV-40015RCL

FILED IN CLERK'S OFFICE
2004 MAR 26 P 1:01
U.S. DISTRICT COURT
DISTRICT OF MASS.

TO: (Name and address of Defendant)

Department of Justice F.M.C. Devens, 42 Patton Rd., Ayer, MA 01432
U.S. Attorney General  Washington, D.C.
✓ U.S. Attorney District of Mass  one Courthouse Way Boston MA 02210

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel E. Salinas   #89125-079
         F.M.C. Devens
         P.O. Box 879
         Ayer, MA 01432-0879

Pro Se

an answer to the complaint which is herewith served upon you, within __Sixty (60)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

_Susan A Crebo_
(By) DEPUTY CLERK

DATE  March 29, 2004

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DANIEL E. SALINAS | CV-04-40015-RCL |
| DEFENDANT | TYPE OF PROCESS |
| UNITED STATES OF AMERICA on behalf of F.M.C. Devens | STC WAIVER OF SERVICE |

SERVE AT
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Federal Medical Center Devens
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
42 Patton Road, Ayer, MA 01432

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

DANIEL E. SALINAS
89125-079
F.M.C. Devens
P.O. Box 879
Ayer, MA 01432-0879

| | |
|---|---|
| Number of process to be served with this Form 285 | 3 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Docket # 04CV40015 R.C.L.
Judge Lindsey

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER
DATE 1-12-2004

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
(Sign only for USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | No. 38 | No. 38 | Nancy Palmieri | 4/19/04 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date   Time   ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:

PRIOR EDITIONS MAY BE USED

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

FORM USM-285
Rev. 12/15/80
Automated 01/00

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   Massachusetts

FILED IN CLERKS OFFICE
2004 MAR 26 P 1:01
U.S. DISTRICT COURT
DISTRICT OF MASS.

Daniel E. Salinas

V.

Federal Bureau of Prisons
F.M.C. Devens

David L. Winn, Warden, et, al.,

United States of America

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 4:04-CV-40015RCL

TO: (Name and address of Defendant)

Department of Justice F.M.C. Devens, 42 Patton Rd., Ayer, MA 01432
U.S. Attorney General   Washington, D.C.
U.S. Attorney District of Mass  one Court House way  Boston MA 02210

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel E. Salinas   #89125-079

F.M.C. Devens
P.O. Box 879
Ayer, MA 01432-0879

Pro Se

an answer to the complaint which is herewith served upon you, within __Sixty (60)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

_Susan A Peto_ (signature)
(By) DEPUTY CLERK

March 29, 2004

DATE