UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL E. SALINAS, )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>on behalf of the Federal Medical Center, )<br>)<br>)<br>DEFENDANT. )<br>) | C.A. NO. 04-40015-RCL |

**DEFENDANT'S MOTION TO EXTEND TIME
IN WHICH TO RESPOND TO PLAINTIFF'S COMPLAINT**

Now comes the above-captioned Defendant,[1] and hereby moves this Court for an extension of time **up to and including August 9, 2004**, to answer or otherwise respond to Plaintiff's Complaint. As reasons therefore, the undersigned counsel for Defendant asserts that such an extension will allow the Assistant U.S. Attorney the additional time to obtain relevant facts and background information of this matter from the relevant agency (Bureau of Prisons).

WHEREFORE, Defendant respectfully request that this Court allows their motion for an extension of time **up to and including August 9, 2004**, to answer or otherwise

---

[1] This motion is not intended to be a responsive pleading. By the filing of this motion, Defendant is not waiving any of the procedural, affirmative, or other waivable and non-waivable defenses available to it in the normal course of filing a responsive pleading. Defendant intends to raise those defenses when it answers or otherwise responds to the Complaint.

respond to the Complaint.

>Respectfully submitted,
>
>MICHAEL J. SULLIVAN
>United States Attorney
>
>By: _____/s/_____
>Michael Sady
>Assistant U.S. Attorney
>John Joseph Moakley U.S. Courthouse
>Suite 9200
>Boston, MA 02210
>(617) 748-3100

Dated: June 18, 2004

## CERTIFICATION UNDER L.R. 7.1

Pursuant to Local Rule 7.1(a)(2), since plaintiff is pro se and is currently a prisoner incarcerated in a correctional facility, the parties have not conferred with regard to this motion.

>_____/s/_____
>Michael P. Sady
>Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I certify that on, I caused a copy of the foregoing Motion to be served on June 18, 2004 by first class mail, postage pre-paid to Plaintiff, Daniel Salinas, Pro Se, Reg.# 89125-079, FMC Devens, Ayer, MA. 01432-0879.

>_____/s/_____
>Michael Sady
>Assistant U.S. Attorney