UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL E. SALINAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | No. 04-40015-RCL |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, on behalf ) | |
| of the Federal Medical Center Devens, ) | |
| ) | |
| Defendant. ) | |

DEFENDANT'S MOTION TO DISMISS

The Defendant, United States of America, hereby moves this Court to dismiss Plaintiff's Complaint, as the Defendant is immune from personal liability under Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics, 403 U.S. 388 (1971).

The Defendant relies on its Memorandum of Law filed simultaneously herewith.

        MICHAEL J. SULLIVAN

        United States Attorney

    By:  /s/ Michael P. Sady
        Michael Sady
        Assistant U.S. Attorney
        John J. Moakley Federal Courthouse
        1 Courthouse Way, Suite 9200
        Boston, MA 02210
        617-748-3100

Dated: August 9, 2004

**CERTIFICATION UNDER L.R. 7.1**

Pursuant to Local Rule 7.1(a)(2), since plaintiff is pro se and is currently a prisoner incarcerated in a correctional facility, the parties have not conferred with regard to this motion and memorandum.

/s/ Michael P. Sady
Michael Sady
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I certify that on, August 9, 2004, I caused a copy of the foregoing motion and memorandum to be served on August 2004 by first class mail, postage pre-paid to Plaintiff, Daniel Salinas, pro se, Reg.# 889125-079, FMC Devens, Ayer, MA. 01432-0879.

/s/Michael P. Sady
Michael Sady
Assistant U.S. Attorney