# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DANIEL E. SALINAS,<br>    PLAINTIFF,<br><br>v.<br><br>UNITED STATES OF AMERICA, on behalf<br>of the Federal Medical Center Devens.<br><br>    DEFENDANT. | )<br>)<br>)<br>) Civ. Action No. 04-40015-RCL<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF ANN H. ZGRODNIK

I, Ann H. Zgrodnik, hereby make the following declaration:

1. I am currently employed by the Federal Bureau of Prisons (BOP) of the United Department of Justice at the Federal Medical Center in Devens, Massachusetts (FMC Devens), as an Attorney Advisor. The legal office from which I am located is the Consolidated Legal Center - Devens. I have been employed with the Federal Bureau of Prisons since February 10, 2002.

2. In order to perform my official duties as Attorney Advisor, I have access to numerous records maintained in the ordinary course of business at FMC Devens, as well as other institutions. This includes, but not limited to, documentary records, Judgment and Commitment files, and computerized records maintained on the Bureau of Prisons computerized database, SENTRY.

3. Attached hereto please find a true and correct copy of the following document:

    a. Public Information Data for Inmate Daniel Salinas, Register Number 89125-079.

I declare the foregoing is true and correct to the best of my knowledge and belief, and given under penalty of perjury pursuant to 28 U.S.C. § 1746.

Executed this 3rd day of August, 2004.

_____
Ann H. Zgrodnik
Attorney Advisor
Consolidated Legal Center- Devens

# EXHIBIT 1A

```
REGNO..: 89125-079 NAME: SALINAS, DANIEL ELUID
COMP NO: 010            ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS            RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                        PHONE..: 978-796-1000     FTS: N/A
                                                  RACE/SEX...: WHITE / MALE
FBI NUMBER.: 159871F                              DOB/AGE....: 12-21-1947 / 56
PROJ REL MT: GOOD CONDUCT TIME RELEASE            PAR ELIG DT: N/A
PROJ REL DT: 12-02-2005                           PAR HEAR DT:
-------------------------------- ADMIT/RELEASE HISTORY ----------------------------
FCL    ASSIGNMENT DESCRIPTION                     START DATE/TIME STOP  DATE/TIME
DEV    A-DES      DESIGNATED, AT ASSIGNED FACIL   06-08-2004 1312 CURRENT
DEV    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN   06-08-2004 1024 06-08-2004 1312
DEV    A-DES      DESIGNATED, AT ASSIGNED FACIL   05-21-2004 1948 06-08-2004 1024
DEV    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN   05-18-2004 1214 05-21-2004 1948
DEV    A-DES      DESIGNATED, AT ASSIGNED FACIL   12-09-2003 0954 05-18-2004 1214
DEV    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN   12-09-2003 0814 12-09-2003 0954
DEV    A-DES      DESIGNATED, AT ASSIGNED FACIL   11-22-2003 1641 12-09-2003 0814
DEV    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN   11-20-2003 1152 11-22-2003 1641

G0002          MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 89125-079 NAME: SALINAS, DANIEL ELUID
COMP NO: 010          ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS          RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                      PHONE..: 978-796-1000    FTS: N/A
DEV    A-DES         DESIGNATED, AT ASSIGNED FACIL  06-19-2003 1137 11-20-2003 1152
DEV    LOCAL HOSP    ESC TRIP TO LOCAL HOSP W/RETN  06-19-2003 0847 06-19-2003 1137
DEV    A-DES         DESIGNATED, AT ASSIGNED FACIL  06-12-2003 1344 06-19-2003 0847
DEV    LOCAL HOSP    ESC TRIP TO LOCAL HOSP W/RETN  06-09-2003 1833 06-12-2003 1344
DEV    A-DES         DESIGNATED, AT ASSIGNED FACIL  05-21-2003 2007 06-09-2003 1833
DEV    LOCAL HOSP    ESC TRIP TO LOCAL HOSP W/RETN  05-20-2003 1201 05-21-2003 2007
DEV    A-DES         DESIGNATED, AT ASSIGNED FACIL  03-14-2003 2258 05-20-2003 1201
DEV    LOCAL HOSP    ESC TRIP TO LOCAL HOSP W/RETN  03-14-2003 1525 03-14-2003 2258
DEV    A-DES         DESIGNATED, AT ASSIGNED FACIL  02-08-2003 1312 03-14-2003 1525
DEV    LOCAL HOSP    ESC TRIP TO LOCAL HOSP W/RETN  02-07-2003 0454 02-08-2003 1312
DEV    A-DES         DESIGNATED, AT ASSIGNED FACIL  02-04-2003 1351 02-07-2003 0454
DEV    LOCAL HOSP    ESC TRIP TO LOCAL HOSP W/RETN  02-04-2003 1046 02-04-2003 1351
DEV    A-DES         DESIGNATED, AT ASSIGNED FACIL  01-09-2003 1055 02-04-2003 1046


G0002        MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 89125-079 NAME: SALINAS, DANIEL ELUID
COMP NO: 010        ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 978-796-1000    FTS: N/A
PRE-RELEASE PREPARATION DATE: 06-02-2005

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  12-02-2005 VIA GCT REL

-----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION............: TEXAS, SOUTHERN DISTRICT
DOCKET NUMBER....................: 2:99CR00360-001
JUDGE............................: HEAD
DATE SENTENCED/PROBATION IMPOSED: 05-18-2000
DATE COMMITTED...................: 06-20-2000
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

G0002          MORE PAGES TO FOLLOW . . .
```

```
 DEVCH              *         PUBLIC INFORMATION          *      08-03-2004
 PAGE 004    Case 4:04-cv-40015-RCL   Document 8-2   Filed 08/09/2004   Page 8 of 11  13:42:43
                                  INMATE DATA
                               AS OF 08-03-2004
```

```
REGNO..: 89125-079 NAME: SALINAS, DANIEL ELUID
COMP NO: 010          ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS          RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                      PHONE..: 978-796-1000     FTS: N/A

                  FELONY ASSESS   MISDMNR ASSESS    FINES            COSTS
NON-COMMITTED.:   $100.00         $00.00           $201,629.00      $00.00

RESTITUTION...:  PROPERTY:  NO    SERVICES:  NO         AMOUNT:    $00.00

------------------------CURRENT OBLIGATION NO: 010 ------------------------
OFFENSE CODE....:  136
OFF/CHG: POSSESSION WITH INTENT TO DISTRIBUTE 3 KILOGRAMS OF COCAINE,
         T21USC841(A)(1)&(B)(1)(B);FELON IN POSSESSION OF A FIREARM,
         T18USC922(G)(1)&924(A)(2)

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE


G0002           MORE PAGES TO FOLLOW . . .
```

```
   DEVCH            *         PUBLIC INFORMATION       *      08-03-2004
 PAGE 005    Case 4:04-cv-40015-RCL   Document 8-2   Filed 08/09/2004   Page 9 of 11  13:42:43
                                INMATE DATA
                             AS OF 08-03-2004
```

```
REGNO..: 89125-079 NAME: SALINAS, DANIEL ELUID
COMP NO: 010         ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS         RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                     PHONE..: 978-796-1000    FTS: N/A
 SENTENCE IMPOSED/TIME TO SERVE.:    84 MONTHS
 TERM OF SUPERVISION............:     5 YEARS
 DATE OF OFFENSE................: 10-29-1999

------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 06-21-2000 AT BMP AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 05-18-2000
TOTAL TERM IN EFFECT............:    84 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     7 YEARS

G0002        MORE PAGES TO FOLLOW . . .
```

```
DEVCH                      *    PUBLIC INFORMATION    *    08-03-2004
PAGE 006   Case 4:04-cv-40015-RCL   Document 8-2   Filed 08/09/2004   Page 10 of 11  13:42:43
                                  INMATE DATA
                               AS OF 08-03-2004
```

```
REGNO..: 89125-079 NAME: SALINAS, DANIEL ELUID
COMP NO: 010          ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS          RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                      PHONE..: 978-796-1000    FTS: N/A
EARLIEST DATE OF OFFENSE........: 10-29-1999

JAIL CREDIT.....................:    FROM DATE      THRU DATE
                                     10-29-1999     05-17-2000

TOTAL PRIOR CREDIT TIME.........: 202
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 329
TOTAL GCT EARNED................: 216
STATUTORY RELEASE DATE PROJECTED: 12-02-2005
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 10-27-2006


G0002          MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 89125-079 NAME: SALINAS, DANIEL ELUID
COMP NO: 010       ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 978-796-1000     FTS: N/A
PROJECTED SATISFACTION DATE.....: 12-02-2005
PROJECTED SATISFACTION METHOD...: GCT REL
```

```
S0055          NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```