Daniel E. Salinas
Reg. No. 89125-079
Federal Medical Center, Devens
P.O. Box 879
Ayers, MA. 01432
Pro-Se, Plaintiff
December 6, 2004

U.S. Attorney Michael J. Sullivan
AUSA Michael Sady
One Court House Way, Suite 9200
Boston, MA. 02210

Motion By Letter
For Default
Docket No. 04-40015 RCL

Re:  Motion By Letter For Default
     Salinas Vs. United States:

Dear Mr. Sady:

This letter is my **Motion For Default**, based on your failure to defend against my pending Summons and Complaint.

Your extention of time ended on August 9, 2004, when you had to respond.

Respectfully I am herein requesting the Court to enter my Notice of Default against the defendant, based on this letter of Motion.

Thank you,

By: _____
    Daniel E. Salinas, Pro-Se
    Plaintiff

## PROOF OF SERVICE ON THE DEFENDANT

      Daniel E. Salinas, Pro-Se Plaintiff declares and affirms under the penalty of perjury that he served the defendant's counsel named below with the attached Motion By Letter For Default, by the Federal Medical Center, Devens Institution Legal Mail System on this 6th day of December, 2004.

                                  Served Defendant's Counsel
                                  U.S. Attorney Sullivan
                                  AUSA Michael Sady
                                  One Court House Way, Suite 9200
                                  Boston, MA. 02210

Dated:   December 6, 2004

                                By: _____
                                  Daniel E. Salinas, Pro-Se
                                  Plaintiff
                                  Reg. No. 89125-079
                                  Federal Medical Center,
                                  Devens P.O. Box 879
                                  Ayers, MA. 01432

Docket No. 04-40015 RCL