UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**DANIEL E. SALINAS**


**V.**                                    **CIVIL ACTION NO. 04-40015-RCL**


**UNITED STATES OF AMERICA**


### JUDGMENT OF DISMISSAL


LINDSAY, D.J.

    In accordance with the Court's Order of January 14, 2005 allowing the motion to dismiss of the defendant, Judgment is hereby entered as follows: Judgment for the United States of America dismissing this action.



January 18, 2005
                                    /s/ Lisa M. Hourihan
                                    --------------------------
                                    Deputy Clerk